UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CAUSTIC SODA ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | Lead Case No. 19-cv-00385<br><br>HON. ELIZABETH A. WOLFORD<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS BY DEFENDANTS

**PLEASE TAKE NOTICE** that Defendants Olin Corporation, K.A. Steel Chemicals, Inc., Occidental Petroleum Corporation, Occidental Chemical Corporation, Westlake Chemical Corporation, Formosa Plastics Corporation, U.S.A., and Shintech Incorporated (collectively "Defendants"), by their attorneys, hereby move this Court for an Order: (i) dismissing Plaintiffs' Consolidated Class Action Complaint in its entirety with prejudice for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as the Court deems just and proper. Defendants' motion is supported by (i) Defendants' Joint Memorandum in Support of Their Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint, which is accompanied by the Declaration of Steven E. Bizar dated July 8, 2019 and the exhibits attached thereto, together with any reply in support filed by Defendants and (ii) such other motions to dismiss and memoranda of law as shall be filed by individual Defendants in support of their individual motions to dismiss together with any replies thereto.

**PLEASE TAKE NOTICE** that the motion will be heard before the Honorable Elizabeth A. Wolford at the United States Courthouse, 2 Niagara Square, Buffalo, New York at a time and date and in a courtroom to be determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule of Civil Procedure 7(a)(1), Defendants intend to file and serve reply papers.

Dated: July 8, 2019

Respectfully submitted,

/s/ John Lavelle

Alan M. Unger
John J. Lavelle
Tom A. Paskowitz
Peter J. Mardian
SILEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212) 839-5300
jlavelle@sidley.com
tpaskowitz@sidley.com
aunger@sidley.com
pmardian@sidley.com

*Counsel for Defendants Formosa Plastics Corp. and Formosa Plastics Corp., USA*

/s/ Steven E. Bizar

Steven E. Bizar
George G. Gordon
Julia Chapman
John McClam
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
steven.bizar@dechert.com
george.gordon@dechert.com
Julia.chapman@dechert.com
john.mcclam@dechert.com

Timothy J. Graber
Brian P. Crosby
Melissa M. Morton
GIBSON, MCASKILL & CROSBY, LLP
69 Delaware Avenue, Suite 900
Buffalo, NY 14202
Tel: (716) 856-4200
tgraber@gmclaw.com
bcrosby@gmclaw.com
mmorton@gmclaw.com

*Counsel for Defendants Occidental Petroleum Corp. and Occidental Chemical Corp.*

| | |
|---|---|
| */s/ Paul C. Cuomo* | */s/ Daniel S. Bitton* |
| Paul C. Cuomo | Daniel S. Bitton |
| Joseph A. Ostoyich | AXINN, VELTROP & HARKRIDER LLP |
| William C. Lavery | 560 Mission Street |
| Jeffrey S. Oliver | San Francisco, CA  94105 |
| Caroline L. Jones | Tel: (415) 490-1486 |
| BAKER BOTTS | dbitton@axinn.com |
| The Warner | |
| 1299 Pennsylvania Avenue NW | /s/ *John DeQ. Briggs* |
| Washington, DC 20004 | John DeQ. Briggs |
| Tel: (202) 639-7700 | Steven C. Lavender |
| paul.cuomo@bakerbotts.com | AXINN, VELTROP & HARKRIDER LLP |
| joseph.ostoyich@bakerbotts.com | 950 F Street, NW |
| william.lavery@bakerbotts.com | Washington, DC  20004 |
| jeffrey.oliver@bakerbotts.com | Tel: (202) 912-4700 |
| caroline.jones@bakerbotts.com | jbriggs@axinn.com |
| | dbitton@axinn.com |
| Stephen A. Sharkey | |
| BOND, SCHOENECK & KING PLLC | Randall D. White |
| 200 Delaware Ave., Suite 900 | Caitlin M. Higgins |
| Buffalo, NY  14202-2107 | CONNORS LLP |
| Tel: (716)416-7051 | 1000 Liberty Building |
| Ssharkey.bsk.com | 424 Main Street |
| | Buffalo, NY 14202 |
| *Counsel for Defendants K.A. Steel Chemicals, Inc. and Olin Corp.* | Tel: (716) 852-5533 |
| | rdw@connorsllp.com |
| | cmh@connorsllp.com |
| | |
| | *Counsel for Defendant Shintech Incorporated* |

/s/  *William R.H. Merrill*
William R.H. Merrill
James T. Southwick
Abigail C. Noebels
Burton S. Dewitt
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
Tel: (713) 651-9366
bmerrill@susmangodfrey.com
jsouthwick@susmangodfrey.com
anoebels@susmangodfrey.com
bdewitt@susmangodfrey.com

/s/  *Terrence P. Flynn*
Terrence P. Flynn
HARRIS BEACH PLLC
Larkin at Exchange
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Phone: (716) 200-5050
tflynn@harrisbeach.com

*Counsel for Defendant Westlake Chemical Corporation*