

**RUPP BAASE PFALZGRAF CUNNINGHAM** LLC
**ATTORNEYS**

1600 Liberty Building, 424 Main Street, Buffalo, NY 14202
716.854.3400 ‹ ruppbaase.com

**MARCO CERCONE**
cercone@ruppbaase.com

December 7, 2020

*VIA ELECTRONIC MAIL ONLY*

Honorable Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York  14614

Dear Judge Wolford:

Re:  In re Caustic Soda Antitrust Litigation
     Lead Case No.: 1:19 cv-00385
     Our File No.:   3400.24951

    As the Court knows, the undersigned serves as local counsel to the Direct Purchaser Class Plaintiffs ("Plaintiffs") in connection with the above-referenced matter.  Pursuant to L. R. Civ. P. 7(a)(2)(C), the Plaintiffs request leave to exceed the page limitation for their opposition to Shin-Etsu Chemical Co., Ltd.'s ("Shin-Etsu") Renewed 12(b)(2) Motion to Dismiss ("Motion") that is pending before the Court.

    Both Plaintiffs and Shin-Etsu have agreed, and respectfully request, that Plaintiffs be permitted to have up to thirty-five (35) pages for their opposition to Shin-Etsu's Motion, and that Shin-Etsu be permitted to have up to thirteen (13) pages for its Reply brief in support of its Motion.  If the Court is inclined to grant this request, we ask that it be so ordered by the Court as soon as practicable.

    Should the Court require anything further, please do not hesitate to contact me.

Respectfully submitted,

Marco Cercone

cc:  All Defense Counsel
     (all via electronic mail with enclosure)

**SO ORDERED**

**ELIZABETH A. WOLFORD**
**United States District Judge**
**Dated: 12/7/2020**

Rochester | Williamsville | Albany | Jamestown | East Aurora