

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ◂ www.ruppbaase.com

**MARCO CERCONE**
cercone@ruppbaase.com

February 18, 2021

**VIA ELECTRONIC MAIL ONLY**

Honorable Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York  14614

Dear Judge Wolford:

        Re:    In re Caustic Soda Antitrust Litigation
                Lead Case No.:    1:19 cv-00385
                Our File No.:   3400.24951

        As the Court knows, the undersigned serves as local counsel to the direct purchaser class plaintiffs ("DPPs") in connection with the above-referenced matter.  In agreement with counsel for Formosa Plastics Corporation ("FPC") and counsel for the indirect purchaser plaintiffs, DPPs respectfully request that the current briefing schedule ordered by the court (Dk. No. 275) on FPC's pending motion to dismiss be amended as follows:

- Plaintiffs' Opposition to FPC's Renewed Motion to Dismiss to be filed by March 1, 2021 and with a page limit extension of up to 35 pages; and

- FPC's Reply to Plaintiffs' Opposition to FPC's Renewed Motion to Dismiss to be filed by March 22, 2021, and with a page limit extension of up to 20 pages.

        If the Court is inclined to grant this request, we ask that it be so ordered by the Court. Should the Court require anything further, please do not hesitate to contact me.

Respectfully submitted,

*Marco Cercone*

Marco Cercone

cc:    All Defense Counsel (all via electronic mail)

**SO ORDERED**

*Elizabeth A. Wolford*
**ELIZABETH A. WOLFORD**
United States District Judge
**Dated: February 18, 2021**