# SUSMAN GODFREY L.L.P.

a registered limited liability partnership

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

| | | |
|---|---|---|
| SUITE 1400 | SUITE 3800 | 32ND FLOOR |
| 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

WILLIAM R.H. MERRILL
DIRECT DIAL (713) 653-7865

E-MAIL BMerrill@susmangodfrey.com

December 29, 2021

Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

RE:   *In Re Caustic Soda Antitrust Litigation,* Lead Case No.: 19-cv-00385

Dear Judge Roemer:

We represent Westlake Chemical Corporation, and on behalf and with the consent of the Defendants, we submit this status report pursuant to the Court's decision and order dated December 8, 2021 [Doc. 381].

Prior to and since December 8, 2021, Defendants have productively conferred with the distributor non-parties. Most have agreed to produce transactional data, and several have made initial data productions and are informally answering questions about their transactional data to facilitate an efficient and appropriate production. Certain distributors have made other document productions. Certain distributors have agreed on custodians, and several are discussing search terms and/or hit counts with Defendants. Defendants believe it will take a few additional weeks to reach an agreement with each of the distributors. We may reach an impasse with one or more distributor, but as of yet we have not.[1]

Defendants have also moved forward to notice deposition subpoenas to Brenntag and Univar. Counsel for Brenntag and Univar has accepted service of Rule 30(b)(6) deposition subpoenas directed to those distributors, and Defendants have sent notice to Plaintiffs of such subpoenas.

---

[1] Attached as "Attachment A" please find a chart listing counsel for each distributor and as "Attachment B" a chart summarizing the status of each distributor's response to Defendants' subpoenas.

Hon. Judge Michael J. Roemer
December 29, 2021
Page 2

Defendants will attempt to accomplish the depositions within the discovery period but may not be able to do so, as Defendants are still awaiting document productions from Brenntag and Univar.

Defendants believe the parties and non-party distributors will benefit from a deadline for the distributors to run proposed search terms against agreed custodians and report back with hit counts, so the parties can determine if any of the search terms will result in an unreasonable number of hits.  Defendants ask that the Court set a deadline of January 7, 2022 or another reasonable date.

DATED: December 29, 2021                    Sincerely,

*/s/ William R.H. Merrill*                  */s/ Terrance P. Flynn*
William R. H. Merrill                       Terrance P. Flynn

*Counsel for Westlake Chemical Corporation*

## **Attachment A**

|     | **Distributor**      | **Counsel**                                                                        | **Subpoena Served** | **Objections Served** |
| --- | -------------------- | ---------------------------------------------------------------------------------- | ------------------- | --------------------- |
| 1.  | Allegiance Chemical  | Aaron Turner<br>Levin Gann PA                                                      | 10/12/2021          | 11/2/2021             |
| 2.  | Brenntag             | Josh Graber<br>Graber Law Office                                                   | 8/13/2021           | 8/25/2021             |
| 3.  | Chou Chemical        | Rob Wilder<br>Wilder Pantazis Law Group                                            | 10/7/2021           |                       |
| 4.  | Connection Chemical  | Marc Tepper<br>Buchanan Ingersoll & Rooney                                         | 10/6/2021           | 10/20/2021            |
| 5.  | Harcros              | Steve Neeley<br>Husch Blackwell                                                    | 8/30/2021           | 10/13/2021            |
| 6.  | Hawkins              | Josh Grabar<br>Grabar Law Office                                                   | 9/30/2021           | 10/14/2021            |
| 7.  | Kuehne Chemical      | Brian McCalmon                                                                     | 10/6/2021           |                       |
| 8.  | PVS                  | Michael Lennon<br>Roach Lennon & Brown, PLLC                                       | 10/6/2021           |                       |
| 9.  | Rowell               | James J. McKeown<br>Denio DiFrancesco<br>Anne M. Coglin<br>Foley & Lardner         | 8/13/2021           | 11/3/2021             |
| 10. | Surpass Chemical     | John B. DuCharme                                                                   | 10/12/2021          | 10/24/2021            |
| 11. | Tricon               | William Farmer<br>Farmer Brownstein Jaeger Goldstein Klein & Siegel                | 9/20/2021           |                       |
| 12. | Univar               | Josh Grabar<br>Grabar Law Office                                                   | 8/10/2021           | 8/25/2021             |

**Attachment B**

| | Subpoenaed Non-Party | Transactional data | Custodians | Search Terms | Document Production | Meet and Confers | Status |
|---|---|---|---|---|---|---|---|
| 1. | Allegiance Chemical | Requested by Defendants | Pending | Proposed by defendants on 12/21/21 | | 10/29/21: conferred by phone<br>11/01/21: conferred by email<br>11/04/21: conferred by email<br>12/21/21: conferred by email<br>12/27/21: conferred by phone | Defendants await Allegiance's response on custodians and proposed search terms. |
| 2. | Brenntag | Agreed to produce transactional purchase and sales data and provided sample data for review | 9 custodians | Proposed by defendants on 10/28/21 | Organizational charts; documents pending | Numerous conferences by phone and email prior to the Court's hearing and the following post-hearing:<br>12/08/21: conferred by phone<br>12/14/21: conferred by email<br>12/17/21: conferred by email<br>12/22/21: conferred by email | Defendants await Brenntag's hit counts or document production and responses to questions about swaps and exchanges. Counsel accepted service of a Rule 30(b)(6) deposition subpoena, and Defendants have sent notice to Plaintiffs of this subpoena. |
| 3. | Chou Chemical | Agreed to produce transactional purchase and sales data | Pending | Proposed by defendants on 12/23/21 | Pending | 12/13/21: conferred by phone<br>12/23/21: conferred by email | Defendants await Chou Chemical's hit counts or document production. |
| 4. | Connection Chemical | Agreed to produce transactional purchase and sales data and produced transactional purchase data | Pending | Proposed by defendants on 10/28/21 | Pending | 10/18/21: conferred by phone<br>11/03/21: conferred by phone<br>11/09/21: conferred by email<br>12/08/21: conferred by phone and email<br>12/19/21: conferred by email<br>12/21/21: conferred by phone and email<br>12/26/21: conferred by email | Defendants await Connection Chemical's response on custodians and proposed search terms. |

1

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. | Harcros | Agreed to produce transactional purchase and sales data and produced transactional purchase and sales data | Pending | Proposed by defendants on 12/20/21 | | 9/20/21: conferred by phone
12/20/21: conferred by email
12/22/21: conferred by phone | Defendants await Harcros' response on custodians and proposed search terms. |
| 6. | Hawkins | Agreed to produce transactional purchase and sales data and produced transactional data | 4 custodians | Proposed by defendants on 10/28/21 | Organizational chart; documents pending | Numerous conferences by phone and email prior to the Court's hearing and the following post-hearing:
12/08/21: conferred by phone
12/14/21: conferred by email
12/17/21: conferred by email
12/22/21: conferred by email | Defendants await Hawkins' hit counts or document production. |
| 7. | Kuehne Chemical | Agreed to produce transactional purchase and sales data | | Proposed by defendants on 10/28/21 | Pending | 10/20/21: conferred by phone
10/29/21: conferred by phone
12/08/21: conferred by email
12/22/21: conferred by phone
12/28/21: conferred by phone | Defendants await Kuehne Chemical's response to proposed search term modifications or document production. |
| 8. | PVS | Produced transactional purchase and sales data | | Proposed by defendants on 11/09/21 | Pending | 11/03/21: conferred by phone
11/18/21: conferred by phone
12/23/21: conferred by email | Defendants await PVS' hit counts or document production. |
| 9. | Rowell | Agreed to produce transactional purchase and sales data and provided sample data for review | | | Pending | Several conferences by phone prior to the Court's hearing and the following post-hearing:
12/20/21: conferred by email | Defendants await Rowell's responses to questions about transactional data and related documents. |

2

10262929v1/016358

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10. | Surpass Chemical | Agreed to produce limited transactional purchase data | 2 custodians | Proposed by defendants on 12/08/21 | Pending | 10/28/21: conferred by phone 12/08/21: conferred by email 12/20/21: conferred by phone 12/21/21: conferred by email 12/22/21: conferred by email 12/27/21: conferred by email | Defendants await production of transactional purchase data and cost estimate for production of sales data. Surpass Chemical is unwilling to reveal its customer names. |
| 11. | Tricon | Agreed to produce transactional purchase and sales data and has produced transactional data | Pending | Proposed by defendants on 12/06/21 | Copy of data received on December 8 from IPPs | 12/06/21: conferred by phone 12/07/21: conferred by email 12/16/21: conferred by email 12/22/21: conferred by email 12/23/21: conferred by phone | Tricon recently retained new counsel. Defendants await Tricon's response on custodians, request for additional transactional data, and search terms. |
| 12. | Univar | Sample produced; answering questions informally | | Proposed by defendants on 10/28/21 | Pending | Numerous conferences by phone and email prior to the Court's hearing and the following post-hearing: 12/08/21: conferred by phone 12/14/21: conferred by email 12/17/21: conferred by email 12/22/21: conferred by email | Defendants await Univar's hit counts or document production. Counsel accepted service of a Rule 30(b)(6) deposition subpoena, and Defendants have sent notice to Plaintiffs of this subpoena. |

3