

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| IN RE CAUSTIC SODA ANTITRUST LITIGATION | Lead Case No.: 1:19-cv-00385-EAW-MJR |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

## INDIRECT PURCHASER CASE MANAGEMENT ORDER NO. 5

Whereby, the Court extended the time to conduct depositions in the Direct Purchaser Plaintiff case until March 28, 2022, and extended by 45 days all subsequent, remaining deadlines in the DPPs' Case Management Order[1];

Whereby, the Indirect Purchaser Plaintiffs and Defendants agree that case efficiency for the Court and the parties is best served by a corresponding 45 day extension to the deadlines in the IPP Case Management Order;

Whereby, pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and applicable Local Rules of the Western District of New York, the Court hereby enters Indirect Purchaser Case Management Order No. 5 and amends the following deadlines for the Indirect Purchaser Plaintiffs ("IPPs"):

---

[1] *See* ECF No. 399

| | Original Deadline | Updated Deadline for Filing or Completion |
|---|---|---|
| Fact Discovery | July 1, 2022 | August 15, 2022 |
| IPPs' Motion for Class Certification, Disclosure of IPPs' Expert Witnesses and Service of Expert Reports | August 10, 2022 | September 26, 2022 |
| Depositions of IPPs' Expert Witnesses regarding their Reports | September 12, 2022 | October 27, 2022 |
| Opposition to Class Certification, Disclosure of Defendants' Expert Witnesses and Service of Defendants' Expert Reports | October 11, 2022 | November 22, 2022 |
| Depositions of Defendants' Expert Witnesses regarding their Reports | November 10, 2022 | December 23, 2022 |
| IPPs' Reply in support of Motion for Class Certification, and Service of IPPs' Expert Rebuttal Reports | December 12, 2022 | January 26, 2023 |
| Depositions of IPPs' Expert Witnesses regarding their Rebuttal Reports | January 26, 2023 | March 13, 2023 |
| *Daubert* Motions | February 27, 2023 | April 13, 2023 |
| Oppositions to *Daubert* Motions | March 27, 2023 | May 11, 2023 |
| Replies in support of *Daubert* Motions | April 25, 2023 | June 9, 2023 |

Immediately following the filing of any replies in support of *Daubert* motions, counsel for the parties shall contact the chambers of the presiding judge, Hon. Elizabeth A. Wolford, to schedule a status/scheduling conference regarding further proceedings.

No extension of any date set forth above will be granted except upon order of the Court.

The foregoing is SO ORDERED.

Dated: May 2, 2022

THE HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE