UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| IN RE: CAUSTIC SODA ANTITRUST LITIGATION | Lead Case No.: 1:19-cv-00385-EAW-MJR |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | HON. MICHAEL J. ROEMER |

## ORDER FOR MOTION TO SEAL

IT IS HEREBY ORDERED that the Motion to Seal is granted and that Exhibit A (the unredacted version of Defendants' August 23, 2022 Letter Brief) and Exhibit B (Declaration of Justin Kenney and Exhibits A, D–F in support of Letter Brief), which were submitted under seal to the Court accompanying the Attorney Declaration of Justin Kenney sworn to and filed August 23, 2022, may be sealed in accordance with the sealing procedures set forth in this Court's Administrative Procedures Guide for Electronic Filing.

The foregoing is SO ORDERED.

Dated: August 24, 2022.

Hon. Michael J. Roemer
United Stated Magistrate Judge