# Exhibit 4

# UC Berkeley
## UC Berkeley Previously Published Works

**Title**
Antitrust class proceedings - Then and now

**Permalink**
https://escholarship.org/uc/item/4fz4c9kq

**Authors**
Hausfeld, MD
Rausser, GC
Macartney, GJ
et al.

**Publication Date**
2014

**DOI**
10.1108/S0193-589520140000026004

Peer reviewed

eScholarship.org                    Powered by the California Digital Library
                                                University of California

128                                                MICHAEL D. HAUSFELD ET AL.

transactions. The difference between actual prices and the estimated but-for prices facilitates the quantification of damages. ABA Section of Antitrust Law (2010).

165. Rubinfeld describes, using the example of a patent infringement case, how it is important to have sufficient data to accurately perform a "but-for" analysis: "For example, if the question at issue in a patent infringement case is what price the plaintiff's product would have been but for the sale of the defendant's infringing product, *sufficient data must be available to allow the expert to account statistically for the important factors that determine the price of the product*," (emphasis added) Rubinfeld, at p. 311. *See also* Brander and Ross, at pp. 353–354: "The investigator will need data from both inside and outside the cartel period …. In addition to needing data of high enough quality, we need it to be of sufficient quantity. Precise estimates require a large number of observations."

166. In *Plastic Additives* 2010 U.S. Dist. LEXIS 90135 at *67, the court rejected criticisms of a model's specification because those criticisms were "based solely on economic theory."

167. Wooldridge (2009), at 325: "From a practical perspective, outlying observations can occur for two reasons. The easiest case to deal with is when a mistake has been made in entering the data. Adding extra zeros to a number or misplacing a decimal point can throw off the [regression] estimates, especially in small sample sizes."

168. Wooldridge (2009), at p. 325: "Outliers can also arise when sampling from a small population if one or several members of the population are very different in some relevant aspect from the rest of the population. The decision to keep or drop such observations in a regression analysis can be a difficult one … [regression] results should probably be reported with and without outlying observations in cases where one or several data points substantially change the results."

169. Wooldridge (2009), at p. 677: "Good papers in the empirical social sciences contain sensitivity analysis … [discussing outliers] If some observations are much different from the bulk of the sample … do your results change much when those observations are excluded from the estimation?"

170. Brander and Roos, at pp. 342–343 and at p. 346.

171. Economist and Nobel laureate, Wassily Leontief, criticizes economic modeling based on "preoccupation with imaginary, hypothetical, rather than with observable reality." (Leontief, 1971), at 3.

172. For example, consider a regression model designed to measure the effect of an alleged conspiracy on prices. In such a model, it is important to control for the effect of demand on prices. However, if one includes the quantity of the product consumed as an attempt to control for demand, this may lead to problems of endogeneity derived from *reverse causality*. Simply, the quantity of a product consumed is itself affected by price (consumers buy more when the product is cheaper), as well as being an indication of how much of the product is inherently demanded by consumers. If not accounted for, this could lead to a biased estimate of the effect of demand on prices (because the coefficient on the quantity variable reflects both the effect of demand on price *and* the effect of price on quantity) and unreliability in the regression model in general. More technically, an explanatory variable is endogenous if it is correlated with the error term in the regression. This can be due to reverse causality from the dependent variable to a specified (endogenous)

explanatory variable, as just discussed, but other sources of endogeneity include omitted variable bias and nonclassical measurement error; Wooldridge, at pp. 50−51. Econometricians use "instrumental variables" as an identification strategy to filter out the endogenous relationship and identify the causal effect of an explanatory variable on the dependent variable.

173. The classical assumptions for an ordinary least squares regression model to produce reliable tests of statistical significance include that the residuals (the variation in price for each data point, unexplained by the model) are random, in that they are not correlated with each other and their variance is not correlated with explanatory variables included in the regression. *Heteroscedasticity* is a potential problem in regression models where the variance of the residuals is not constant across observations, but instead is correlated with the explanatory variables. If not accounted for, heteroscedasticity can lead to inaccurate standard errors and, therefore, an erroneous inference concerning the statistical significance of coefficient estimates, s*ee* Greene, at pp. 268−269. *Serial correlation* (or *autocorrelation*) is a situation common in time-series data where the residuals in a regression are correlated with each other over time − i.e., if the residual is high in one time period, it is more likely to be high in the next period. This can occur if there is an explanatory variable omitted from the regression that varies over time. As with heteroscedasticity, if not corrected for, serial correlation may lead to inaccurate standard errors and unreliable tests of statistical significance, *see* Greene, at pp. 903−906.

174. *Plastic Additives* 2010 U.S. Dist. LEXIS 90135 at *61.

175. *Ibid.*, at *69: "For example, one customer may be a 'very aggressive negotiator,' and so even as costs go up, that customer is able to 'extract lower prices'."

176. *Ibid.*: "in a hypothetical textbook example … [an] increase in cost will increase prices … in the real world … there are many reasons why … the relationship between the two variables is not positive." Defendants' expert argued that the regression could be used to estimate and control for each individual customer's demand responses and the possibility that some aggressive negotiators may be able to extract lower prices as costs increased.

177. Varian (1992), at 202−203, describes how the reduced form model is derived from the "demand and supply system" that defines the "demand and supply for some good … its price … [in terms of] … variables that affect supply and demand …. The reduced-form parameters can be used to predict how the *equilibrium price* will change as the [supply and demand] variables change," (emphasis added). Economists define the *equilibrium price* as the "price at which the quantity of a good supplied [by the market] is equal to the quantity demanded [by the market]" (Black, 2012, at 150).

178. Varian, at p. 219, describes how the equilibrium price, which he previously established is the focus of a reduced form model, is determined by *industry* supply and demand: "The industry supply function measures the total output supplied at any price. The **industry demand function** measures the total output demanded at any price. An **equilibrium price** is a price where the amount demanded equals the amount supplied" (emphasis in the original).

179. Varian, at p. 152 describes how the "aggregate demand for [a] good" is derived from a summation of the individual consumers' demand functions;