# Exhibit 6

SEVENTH EDITION



# USING ECONOMETRICS
## A PRACTICAL GUIDE

# A.H. STUDENMUND

### Sensitivity Analysis

Throughout this text, we've encouraged you to estimate as few specifications as possible and to avoid depending on fit alone to choose between those specifications. If you read the current economics literature, however, it won't take you long to find well-known researchers who have estimated five or more specifications and then have listed all their results in an academic journal article. What's going on?

In almost every case, these authors have employed a technique called sensitivity analysis. **Sensitivity analysis** consists of purposely running a number of alternative specifications to determine whether particular results are *robust* (not statistical flukes). In essence, we're trying to determine how sensitive a potential "best" equation is to a change in specification because the true specification isn't known. Researchers who use sensitivity analysis run (and report on) a number of different reasonable specifications and tend to discount a result that appears significant in some specifications and insignificant in others. Indeed, the whole purpose of sensitivity analysis is to gain confidence that a particular result is significant in a variety of alternative specifications, functional forms, variable definitions, and/or subsets of the data.

## 6.5  An Example of Choosing Independent Variables

It's time to get some experience choosing independent variables. After all, every equation so far in the text has come with the specification already determined, but once you've finished this course you'll have to make all such specification decisions on your own. In future chapters, we'll use a technique called "interactive regression learning exercises" to allow you to make your own actual specification choices and get feedback on your choices. To start, though, let's work through a specification together.

To keep things as simple as possible, we'll begin with a topic near and dear to your heart—your GPA! Suppose a friend who attends a small liberal arts college surveys all 25 members of her econometrics class, obtains data on the variables listed here, and asks for your help in choosing a specification:

$GPA_i$  = the cumulative college grade point average of the $i$th student on a four-point scale

$HGPA_i$ = the cumulative high school grade point average of the $i$th student on a four-point scale

$MSAT_i$ = the highest score earned by the $i$th student on the math section of the SAT test (800 maximum)