UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| IN RE CAUSTIC SODA ANTITRUST LITIGATION | Lead Case No.: 1:19-cv-00385-EAW-MJR |
|---|---|
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | HON. ELIZABETH A. WOLFORD |

Attorney Declaration of Elizabeth B. Hadaway

I, Elizabeth B. Hadaway, make this declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate of the law firm Susman Godfrey, LLP, counsel for Westlake Chemical Corporation ("Defendant") in the above-captioned litigation. I am duly licensed to practice law in the State of California and State of Texas, and have been admitted to appear in the United States District Court for the Central District of California. I have been admitted *pro hac vice* in the United States District Court for the Western District to New York in this matter.

2. I am familiar with and have knowledge of the facts and circumstances set forth in this declaration, which is being offered in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification which is being filed contemporaneously with this declaration.

3. Attached as Appendix A to this declaration is a list of abbreviations used in Defendants' Opposition to Plaintiffs' Motion for Class Certification.

4. Attached as Appendix B to this declaration is a chart that summarizes some of the pricing and other contract terms located within an illustrative set of caustic soda contracts between Defendants and direct purchasers, believed to in effect during the proposed class period.

1

Defendants will serve Plaintiffs with a copy of Appendix B by email on June 27, 2022. It is being filed under seal because it contains information designated by one or more parties or non-parties hereto as "Confidential," "Highly Confidential," or "Outside Counsel Eyes Only" material pursuant to the protective order (Dkt. 184).

5. Attached as Appendix C to this declaration is a demonstrative exhibit shows some of the sales flows of caustic soda from Amrex Chemical Co.'s suppliers to Amrex, and then from Amrex to Amrex's customers. Defendants will serve Plaintiffs with a copy of Appendix C by email on June 27, 2022. It is being filed under seal because it contains information designated by one or more parties or non-parties hereto as "Confidential," "Highly Confidential," or "Outside Counsel Eyes Only" material pursuant to the protective order (Dkt. 184).

6. Attached are true and correct copies of the following exhibits, which are exhibits cited in Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appendix B, filed with the Court on June 27, 2022:

| Exhibit | Description |
| --- | --- |
| 1 | Expert Report of John H. Johnson |
| 2 | Excerpted deposition of Hazel Kreuz (Vol. II) taken on February 17, 2022 |
| 3 | Excerpted deposition of Dewey Johnson taken on February 3, 2022 |
| 4 | Email from B. Sams to Brenntag Employees re Caustic Soda 101 with attachment, dated September 30, 2015 (BRENN-CS-SUB-0000579) (Exhibit 5 to B. Sams Deposition) |
| 5 | Excerpted deposition of Dana West taken on July 16, 2021 |
| 6 | Excerpted deposition of Benjamin Sams taken on May 26, 2022 |
| 7 | Excerpted deposition of Daniel Green taken on May 20, 2022 |
| 8 | Excerpted deposition of Leslie Whigham taken on December 8, 2021 |

| 9 | Brenntag Global Marketing - Caustic Soda Pricing a Glimpse Into The Future, dated October 2015 (BRENN-CS-SUB-0000709) (Exhibit 14 to B. Sams deposition) |
|---|---|
| 10 | Excerpted deposition of Philip Chen taken on November 19, 2021 |
| 11 | Excerpted deposition of William Bowen taken on February 16, 2022 |
| 12 | Expert Report of Dr. Russell L. Lamb with Appendices |
| 13 | IHS Chemical Global Chlor-Alkali Monthly Market Summary, dated October 29, 2015 (IHSM001083) (Exhibit 8 to D. Johnson Deposition) |
| 14 | Excerpted deposition of William Rexer taken on December 15, 2021 |
| 15 | Excerpted deposition of Thomas O'Malley taken on July 30, 2021 |
| 16 | Excerpted deposition of Cindy Crosby taken on June 22, 2021 |
| 17 | Excerpted deposition of Clint Kayser taken on July 7, 2021 |
| 18 | Excerpted deposition of Janet Scott taken on September 2, 2021 |
| 19 | Contract Between Westlake Vinyls Company LP and BASF Corporation, Agreement dated 4/24/2013 (WL_0001643625) |
| 20 | Letter from N. Ferrington to L. Silvestre, dated November 7, 2016 (WL_0001643635) |
| 21 | First Amendment to Contract Between Axial, LLC and W.R. Grace, effective date July 1, 2013 (WL_0001648160) |
| 22 | Excerpted deposition of Russell Lamb taken on June 6, 2022 |
| 23 | IHS Markit The Chlor-alkali Market: A Forward Perspective, dated October 6, 2017 (IHSM008046) (Exhibit 4 to R. Lamb Deposition) |
| 24 | Excerpted deposition of Hazel Kreuz (Vol. I) taken on February 16, 2022 |
| 25 | Caustic Soda Market Update, August 16 (Exhibit 17 to H. Kreuz Deposition, Vol. II, at IHSM005406) |
| 26 | Email from D. Green to B. Newman re Export Market, dated October 19, 2017 (ST0000225406) (Exhibit 12 to D. Green Deposition) |
| 27 | Chemical Supply & Demand, dated March 11, 2020 (IHSM035195) |

| | |
|---|---|
| 28 | Email from K. Wu to K. Lin, C. Tang and P. Chen re Malaysia Update from Tricon, dated June 21, 2017 (FPC-USA-DPP-00175278) |
| 29 | IHS Market Advisory Service Global Chlor-Alkali Report (Monthly Market Summary), dated November 29, 2017 (IHSM002315) |
| 30 | Argus Chlor-Alkali and Derivatives Weekly Price Supplement and Market Update, dated September 1, 2017 (Argus_CS000095) (Exhibit 10 to G. Eisenhauer Deposition) |
| 31 | Excerpted deposition of Michael Kucharski taken on September 1, 2021 |
| 32 | Third Amendment to Caustic Soda Sales Contract between Blue Cube Operations LLC, The Dow Chemical Company, Dow AgroSciences LLC, and Olin Corporation, effective date October 5, 2018 (OLN-001601372) |
| 33 | Email from B. Sams to L. Kiger re Presentations, dated September 30, 2015 (BRENN-CS-SUB-0000629) (Exhibit 13 to B. Sams Deposition) |
| 34 | Email from J. Scott to P. Ameis re FW: LCS, dated August 9, 2018 (VDM-CS-0012050) |
| 35 | Email from A. Deluca to R. Whigham and T. Tessier re FW: Miami Products Caustic Competitive, dated April 29, 2016 (OLN-000362791) |
| 36 | Email from R. Thrall to L. Canino re Miami Products - FW: August Pricing, dated August 4, 2016 (OLN-000320753) |
| 37 | Email from H. Wright to P. Kowalski re Please approve: Miami Products Rebate - September 2016 (WL_0000276261) |
| 38 | Email from W. Sakowicz to H. Wright, M. Darwiche, P. Kowalski, and D. Kokowsky re Old World / Ineos - Lost Business, dated February 25, 2017 (WL_0000219448) |
| 39 | Email from J. Foskey to T. Ansai re Ineos Phenol, dated September 1, 2017 (ST0000102511) |
| 40 | Email from R. Broomham to K. Link re KFL - Taylor Chemicals Call Rpt 3-10-16 HCL & LCS CRM:0031121, dated March 12, 2016 (OCC_00173213) |
| 41 | Email from S. Haner to G. Steadman re Caustic rail car plan 2019 (BRENN-CS-SUB-0047101) |
| 42 | Email from B. Sams to T. Hillsley re U.S. Restated Liquid Caustic Soda Price Increase, dated April 4, 2019 (BRENN-CS-SUB-0020303) (Exhibit 21 to B. Sams Deposition) |

| | |
|---|---|
| 43 | Email from B. Sams to W. Sakowicz re Price Increase, dated September 10, 2015 (WL_0000199060) (Exhibit 20 to B. Sams Deposition) |
| 44 | Email from R. Roberts to T. Hillsley re FW: Axiall Corporation / Caustic Price Increase Announcement #3422, dated May 26, 2016 (OCC_00266426) |
| 45 | Email from G. Gable to BCS Product Management et al re July 1st Caustic Soda Price Increase (UNIV-CS-SUB-0069046) with attached price increase letter |
| 46 | Message from M. Hurley to D. Kokowsky and P. Kowalski, dated June 24, 2019 (WL_0001452180) |
| 47 | Brenntag Swaps and Exchanges Data (Exhibit 7 to B. Sams Deposition, Ex. 7a-hh) |
| 48 | !Swapsummary-2019 MASTER UNIVAR.xlsx (UNIV-CS-SUB-0049625) |
| 49 | Declaration of Daniel Green, dated May 18, 2022 (Exhibit 3 to D. Green Deposition) |
| 50 | Assignment of Certain Direct Purchaser Claims, dated March 21, 2019 (PIC-CS-0000001) (Exhibit 8 to M. Lovelace Deposition) |
| 51 | Amrex Chemical Co., Inc. AP Matching History Report, dated October 21, 2020 (AMREX004801) (Exhibit 3 to P. Rexer Deposition) |
| 52 | Excerpted deposition of Pamela Rexer taken on December 14, 2021 |
| 53 | Email from D. Garber to B. Sams re Olin Barges, dated October 11, 2018 (BRENN-CS-SUB-0047500) (Exhibit 17 to B. Sams deposition) |
| 54 | Email from L. Kromidas to M. Garfinkle re OLN and the Outage Mexichem, dated April 21, 2016 (OLN-000575231) |
| 55 | Email from R. Whigham to A. Davis et al re FW: Price Increase Announcements - Caustic Soda, dated May 27, 2016 (OLN-000959486) |
| 56 | IHS Global Chlor-Alkali Monthly Market Summary, dated July 28, 2017 (IHSM001755 at IHSM001764) |
| 57 | IHS Global Chlor-Alkali Monthly Market Summary, dated August 30, 2017 (IHSM002160) |
| 58 | Argus Chlor-Alkali and Derivatives, dated August 2017 (Argus_CS000081 at Argus_CS000082) |
| 59 | Argus Media Chlor-Alkali and Derivatives Monthly Global Prices and Analysis, dated September 2017 (Argus_CS000111) |

| 60 | Excerpted deposition of George Eisenhauer taken on May 10, 2022 |
|----|----|
| 61 | Email from J. Hensley to K. Holloway and G. Gable re OGM – Low Margin – SO# HS759642 – COVESTRO LLC BAYTOWN, dated April 8, 2018 (UNIV-CS-SUB-0187969) |
| 62 | Text message from M. Hurley to D. Kokowsky et al, dated August 31, 2018 (WL_0001452003) |
| 63 | Contract between PPG Industries, Inc. and Huntsman Ethyleneamines LLC, effective date January 1, 2013 (WL_0001645245) |
| 64 | Fifth Amendment to the Contract Between Axiall LLC and EcoLab Inc., effective date April 1, 2018 (WL_0001644529) |
| 65 | Email from N. Hernandez to T. Ansai and C. Waldrip re Rayonier Rebate, dated January 18, 2016 (ST0000219212) |
| 66 | Shintech End of Year Rebate to Rayonier Advanced Materials, dated January 18, 2016 (ST0000235700) |
| 67 | Contract between Occidental Chemical Corporation and The Lubrizol Corporation, effective date January 1, 2016 (OCC_00192473) |
| 68 | Sixth Amendment to Sales Contract NA 3997 between Blue Cube Operations LLC and BASF Corporation, effective date January 1, 2020 (OLN-001600920) |
| 69 | Standard Procurement Agreement for Goods with Incidental Services ("Agreement") between ExxonMobil Global Services Company and Georgia Gulf Chemicals & Vinyls, LLC, effective date January 1, 2012 (WL_0001644716) |
| 70 | Letter from B. Bender to M. Osborne re Consent to Assignment of Contract, dated April 10, 2017 (OLN-001601963) |
| 71 | Sales Agreement between PPG Industries and Lubrizol Advanced Materials, Inc., effective date January 1, 2008 (WL_0001645975) |
| 72 | Sales Agreement between PPG Industries, Inc. and Kraton Polymers U.S. LLC, effective date January 1, 2009 (WL_0001645731) |
| 73 | First Amendment to Contract Between Axiall, LLC and Kraton Polymers US LLC, effective date July 1, 2016 (WL_0001645721) |
| 74 | Contract between Axiall, LLC and TDC, LLC, effective date January 1, 2017 (WL_0001647600) |

| 75 | Third Amendment to Sales Contract between Olin Corporation and Rayonier Performance Fibers, LLC, effective date January 1, 2009 (OLN-001604596) |
|---|---|
| 76 | Sales Contract between Olin Corporation and Rayonier Performance Fibers LLC, effective date January 1, 2018 (OLN-001602619) |
| 77 | Contract between Occidental Chemical Corporation and PVS Chemical Solutions, Inc., effective date January 1, 2015 (OCC_01135247) |
| 78 | Contract between Occidental Chemical Corporation and PVS Chemical Solutions, Inc., effective date January 1, 2016 (OCC_01135303) |
| 79 | Letter Amendment to the Contract between Tricon International, Ltd. And Shintech Incorporated, effective date January 1, 2016 (ST0000348380) |
| 80 | Letter Amendment to the Contract between Tricon International, Ltd. And Shintech Incorporated, effective date January 1, 2018 (ST0000407201) |
| 81 | Amendment Agreement between Axiall, LLC and UC RUSAL ALUMINA JAMAICA LIMITED, effective date July 26, 2016 (WL_0001648112) |
| 82 | Excerpted deposition of Gilbert Whitlock taken on July 20, 2021 |
| 83 | Email from R. Whigham to B. Coker re 150626 Olin Comments Supply Agreement (Caustic) - Olin Corp and PCA, dated August 4, 2015 (OLN-001481738) |
| 84 | Email from S. Nedvesky to D. Garber and R. Whigham re 2018 Caustic Supply to PVS Solutions, dated August 31, 2017 (OLN-000405661) |
| 85 | Email from T. Hillsley to A. Weinberger re Caustic Substitution at SQM, dated March 28, 2017 (OCC_00326770) |
| 86 | Sales Agreement between Axiall, LLC and ChemGroup, Inc., effective date April 1, 2016 (WL_0001643863) |
| 87 | Contract between Domtar Corporation and Westlake Vinyls, Inc., effective date January 1, 2015 (WL_0001644376) |
| 88 | Contract between Westlake Vinyls, Inc. and PQ Corporation, effective date May 1, 2018 (WL_0001646794) |
| 89 | Commodity Supply Contract between Lyondell Chemical Company and Axiall, LLC, dated February 1, 2013 (WL_0001646028) |
| 90 | First Amendment to the Master Purchase Agreement for Raw Materials or Chemicals between Olin Corporation and WestRock Shared Services, LLC, effective date August 1, 2018 (OLN-001602981) |

| | |
|---|---|
| 91 | Second Amendment to Raw Materials Procurement Contract between International Paper Company and Olin Corporation, effective date January 1, 2020 (OLN-001601889) |
| 92 | IHS Markit - Producer Price Change Discovery Data (IHSM009381 - IHSM009384) (Exhibit 2 to Hazel Kreuz Deposition) |
| 93 | Fifth Amendment to Contract No. 1123003 Between Flint Hills entities and Occidental Chemical Corporation, effective date July 3, 2019 (OCC_01122058) |
| 94 | Caustic Soda Sales Contract between Occidental Chemical Corporation, Huntsman International LLC, and Rubicon LLC, effective date January 1, 2007 (OCC_01134330) |
| 95 | Commodities Contract between Lyondell Chemical Corporation, Equistar Chemicals, LP, and Occidental Chemical Corporation, effective date April 1, 2003 (OCC_01135643) |
| 96 | Contract between Occidental Chemical Corporation and Kocide LLC, effective date July 1, 2018 (OCC_01114956) |
| 97 | Agreement between Formosa Plastics Corporation and Gulf Chemical & Metallurgical Corporation, effective date January 1, 2014 (FPC-USA-DPP-00165990) |
| 98 | Commodity Supply Contract between Lyondell Chemical Company, Equistar Chemicals, LP, and Houston Refining LP, effective date January 1, 2013 (FPC-USA-DPP-00090703) |
| 99 | Raw Materials Procurement Contract between International Paper Company and Shintech Incorporated, effective date January 1, 2015 (ST0000406857) |
| 100 | Purchase and Sale Agreement, dated March 7, 2018 (ST0000406943) |
| 101 | Procurement Contract between Delaware City Refining Company LLC and Axiall, LLC, effective date April 1, 2013 (WL_0001644345) |
| 102 | Agreement between Axiall, LLC and JCI Jones Chemicals, Inc., effective date February 1, 2013 (WL_0001645596) |
| 103 | Sales Agreement between Axiall LLC and Old World Industries, LLC, effective date August 1, 2016 (WL_0001646552) |
| 104 | Agreement between Axiall, LLC and Tricon Energy, Ltd., effective date January 1, 2015 (WL_0001647696) |

| | |
|---|---|
| 105 | Purchase Contract between Axiall, LLC and Equilon Enterprises, effective date January 1, 2018 (WL_0001646942) |
| 106 | Sales Contract between Occidental Chemical Corporation and Noranda Alumina LLC, effective date January 1, 2013 (OCC_01172866) |
| 107 | Master Purchasing Agreement between Philipps 66 Company and Formosa Plastics Corporation, USA, effective date January 1, 2015 (FPC-USA-DPP-00090630) |
| 108 | Sales Agreement between Axiall, LLC and Mitsubishi International Corporation, effective date January 1, 2018 (WL_0001646190) |
| 109 | First Amendment to Master Supply Agreement between Olin Corporation and ThyssenKrupp Steel USA LLC, effective date January 1, 2013 (OLN-001604851) |
| 110 | Email from B. Sams to B. Bowen re Greetings and Pester, dated May 16, 2018 (BRENN-CS-SUB-0036744) (Exhibit 26 to B. Sams Deposition) |
| 111 | Amendment 4 to Liquid Caustic Soda Supply Contract between Eastman Chemical Company and Westlake Vinyls, Inc., effective date January 1, 2017 (WL_0001644514) |
| 112 | Main Pool & Chemical Company Inc, Purchases by Item Detail, January 2015 through June 2020, dated November 19, 2020 (MP-CS-000201 - MP-CS-000208) (Exhibit 6 to Tom O'Malley Deposition) |
| 113 | Email from J. Scott to P. Ameis re FW: 3Q18 LCS pricing, dated July 23, 2018 (VDM-CS-0011997) |
| 114 | Supply Agreement between Formosa Plastics Corporation and Alcoa World Alumina LLC, effective date March 1, 2013 (FPC-USA-DPP-00095027) |
| 115 | Supply Contract between Formosa Plastics Corporation and General Alumina Jamaica AKA Jamalco, effective date January 1, 2018 (FPC-USA-DPP-00138998) |
| 116 | Contract between Occidental Chemical Corporation and PVS Chemical Solutions, Inc., effective date January 1, 2017 (OCC_00155252) |
| 117 | Amendment One to Caustic Soda Sales Contract between Occidental Chemical Corporation and Huntsman International LLC, effective date March 1, 2009 (OCC_00278492) |
| 118 | Amendment Two to Caustic Soda Sales Contract between Occidental Chemical Corporation and Huntsman International LLC, effective date January 1, 2014 (OCC_01134362) |

| | |
|---|---|
| 119 | Contract between Occidental Chemical Corporation and The Dow Chemical Company, effective date January 1, 2011 (OCC_01134859) |
| 120 | Amendment No. 1 to the Contract between The Dow Chemical Company and Occidental Chemical Corporation, effective date January 1, 2013 (OCC_01134874) |
| 121 | Amendment No. 1 to the Contract between The Dow Chemical Company and Occidental Chemical Corporation, effective date September 1, 2014 (OCC_01134879) |
| 122 | Contract between 3M Company and Occidental Chemical Corporation, effective date October 15, 2017 (OCC_01135722) |
| 123 | Contract between Occidental Chemical Corporation and Sherwin Alumina Company, effective date January 1, 2015 (OCC_01138510) |
| 124 | Contract between Honeywell International Inc. and Occidental Chemical Corporation, effective date July 1, 2014 (OCC_01138748) |
| 125 | Amendment Three to Caustic Soda Sales Contract between Occidental Chemical Corporation and Huntsman International LLC, effective date July 1, 2013 (OCC_01138799) |
| 126 | Letter Agreement between Occidental Chemical Corporation and Huntsman International LLC, dated June 23, 2009 (OCC_01138803) |
| 127 | Raw Materials Procurement Contract between International Paper Company and Occidental Chemical Corporation, effective date January 1, 2015 (OCC_01138879) |
| 128 | Amendment No. 3 to the Contract Between The Dow Chemical Company and Occidental Chemical Corporation, effective date February 1, 2017 (OCC_01172808) |
| 129 | Contract between Occidental Chemical Corporation and Arkema Inc., effective date January 1, 2018 (OCC_01176804) |
| 130 | Purchase Agreement between Glatfelter and KA Steel Chemicals, Inc., effective date September 1, 2014 (OLN-001168551) |
| 131 | Amendment Number 1 to Procurement Contract between K.A. Steel Chemicals Inc. and Verso Corporation, effective date October 15, 2015 (OLN-001298828) |
| 132 | Purchase Agreement between KA Steel Chemicals Inc. and Port Townsend Paper Corporation, effective date April 1, 2016 (OLN-001470380) |
| 133 | Supply Agreement between K.A. Steel Chemicals Inc. and Bio Kyowa, effective date January 1, 2015 (OLN-001504891) |

| | |
|---|---|
| 134 | First Amendment to Purchase Agreement between Olin Corporation and Georgia-Pacific LLC, effective date January 31, 2019 (OLN-001601715) |
| 135 | First Amendment to Sales Contract between Olin Corporation and Syngenta Crop Protection, effective date January 1, 2017 (OLN-001602907) |
| 136 | Sales Contract between Blue Cube Operations LLC and Marubeni America Corporation, effective date January 1, 2018 (OLN-001603849) |
| 137 | Sales Contract between Blue Cube Operations LLC and Mitsubishi International Corporation, effective date January 1, 2018 (OLN-001604205) |
| 138 | Letter Agreement between Shintech Incorporated and Tricon International, Ltd., effective date January 1, 2015 (ST0000156012) |
| 139 | Material Supply Agreement between Shintech Incorporated and Hawkins Inc., effective date October 1, 2017 (ST0000220011) |
| 140 | Contract between Shintech Incorporated and Cyanco Company LLC, effective date January 1, 2012 (ST0000401759) |
| 141 | Contract between Shintech Incorporated and Hydrite Chemical Co., effective date January 1, 2016 (ST0000402212) |
| 142 | Letter Agreement between Shintech Incorporated and Hydrite Chemical Co., effective date October 1, 2016 (ST0000404788) |
| 143 | Letter Agreement between Shintech Incorporated and Cyanco Company LLC, dated September 24, 2012 (ST0000406578) |
| 144 | Letter Agreement between Shintech Incorporated and Cyanco Company LLC, dated June 12, 2015 (ST0000406582) |
| 145 | Contract between DX Terminals Limited and Shintech Incorporated, effective date January 1, 2008 (ST0000406693) |
| 146 | Amendment to the Contract between DX Terminals Limited and Shintech Incorporated, effective date January 1, 2012 (ST0000406706) |
| 147 | Amendment to the Contract between DX Terminals Limited and Shintech Incorporated, effective date November 1, 2017 (ST0000406711) |
| 148 | Master Raw Materials Procurement Contract between Shintech Incorporated and International Paper Company, effective date January 1, 2017 (ST0000406874) |
| 149 | Contract between Shintech Incorporated and NA Industries, Inc., effective date January 1, 2014 (ST0000406994) |

| | |
|---|---|
| 150 | Amendment to the Contract between NA Industries, Inc. and Shintech Incorporated, effective date January 1, 2016 (ST0000407000) |
| 151 | Amendment to the Contract between Nippon Shokubai America Industries, Inc. and Shintech Incorporated, effective date February 1, 2017 (ST0000407002) |
| 152 | Amendment to the Contract Between Tricon International and Shintech Incorporated, effective date January 1, 2017 (ST0000407199) |
| 153 | Commodity Supply Contract between Lyondell Chemical Company and Axiall, LLC, dated February 1, 2013 (WL_0000008045) |
| 154 | Third Amendment to Multi-Site Chemical Products Supply Agreement between Axiall and Valero, effective date January 28, 2013 (WL_0001531748) |
| 155 | Contract between PPG and Ecolab, Inc, effective date January 1, 2005 (WL_0001644557) |
| 156 | First Amendment to Sales Agreement between PPG and Ecolab, effective date January 1, 2005 (WL_0001644576) |
| 157 | Second Amendment to Sales Agreement between PPG and Ecolab, effective date January 1, 2005 (WL_0001644581) |
| 158 | Third Amendment to Sales Agreement between PPG and Ecolab, effective date September 30, 2011 (WL_0001644591) |
| 159 | Fourth Amendment to Contract between PPG, Ecolab, and Nalco Company, effective date June 15, 2012 (WL_0001644594) |
| 160 | Amendment Two to the Agreement between Exxon Mobil Global Services Company and Axiall Corporation, effective date April 1, 2014 (WL_0001644654) |
| 161 | Amendment Three to the Agreement between Exxon Mobil Global Services Company and Axiall Corporation, effective date January 1, 2012 (WL_0001644665) |
| 162 | Amendment Four to the Agreement between Exxon Mobil Global Services Company and Axiall Corporation, effective date August 8, 2016 (WL_0001644693) |
| 163 | Amendment Five to the Agreement between Exxon Mobil Global Services Company and Axiall Corporation, effective date April 30, 2017 (WL_0001644702) |
| 164 | First Amendment to the Contract between Axial LLC and Lyondell Chemical Company, effective date October 1, 2015 (WL_0001645995) |

| 165 | Agreement between Axiall and Procter & Gamble Manufacturing Company, effective date January 1, 2017 (WL_0001646805) |
|---|---|
| 166 | First Amendment to Sales Agreement between Axiall and SPI Pharma, effective date January 1, 2014 (WL_0001647289) |
| 167 | Second Amendment to Sales Agreement between Axiall and SPI Pharma, effective date January 1, 2017 (WL_0001647300) |
| 168 | Sales Agreement between PPG and SPI Pharma, effective date January 1, 2011 (WL_0001647315) |
| 169 | Sales Agreement between Axiall and TDC LLC, effective date October 1, 2016 (WL_0001647561) |
| 170 | Amendment One to the Agreement between Valero Refining and PPG Industries, effective date August 1, 2009 (WL_0001647803) |
| 171 | Amendment Two to the Agreement between Valero Refining and PPG Industries, effective date January 1, 2013 (WL_0001647811) |
| 172 | Amendment Four to the Agreement between Valero Refining and Axiall, LLC, effective date October 1, 2014 (WL_0001647824) |
| 173 | Amendment Five to the Agreement between Valero Refining and Axiall, LLC, effective date October 1, 2015 (WL_0001647832) |
| 174 | Amendment Six to the Agreement between Valero Refining and Axiall, LLC, effective date December 1, 2016 (WL_0001647837) |
| 175 | Amendment Seven to the Agreement between Valero Refining and Axiall, LLC, effective date January 1, 2018 (WL_0001647850) |
| 176 | Agreement between Valero Refining and PPG Industries, effective date January 1, 2008 (WL_0001647874) |
| 177 | Agreement between Axiall LLC and West Indies Alumina Company, effective date March 1, 2013 (WL_0001647963) |

7. Defendants will serve Plaintiffs with a copy of Exhibits 1 – 177 by email on June 27, 2022. The exhibits are being filed under seal because they contain information designated by one or more parties or non-parties hereto as "Confidential," "Highly Confidential," or "Outside Counsel Eyes Only" material pursuant to the protective order (Dkt. 184).

8.      For convenience, native versions of Excel files contained in Exhibits 27, 47, and 48 are being provided with the materials filed under seal.

Dated:    June 27, 2022

*/s/ Elizabeth B. Hadaway*

Elizabeth B. Hadaway *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Phone: (713) 651-9366
ehadaway@susmangodfrey.com