# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| IN RE CAUSTIC SODA ANTITRUST LITIGATION | LEAD CASE NO.: 1:19-CV-00385-EAW-MJR |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | |

## NOTICE OF PROPOSED SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND DEFENDANT FORMOSA PLASTICS CORPORATION, U.S.A.

Direct Purchaser Plaintiffs ("DPPs") hereby advise the Court and parties that DPPs and Defendant Formosa Plastics Corporation, U.S.A. have executed a Settlement Agreement which, if finally approved by the Court following notice to the members of the proposed Settlement Class, will resolve all claims in this litigation as between these parties. DPPs will file a motion for preliminary approval of the proposed settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure on or before August 14, 2023.

Dated: July 28, 2023            Respectfully submitted,

                                           By: */s/ Marco Cercone*

RUPP PFALZGRAF LLC
Marco Cercone, Esq.
Nicholas Vona, Esq.
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: (716) 854-3400
Email: cercone@rupppfalzgraf.com

*Interim Liaison Class Counsel*

By: /s/ *Solomon B. Cera*                   By: /s/ *Robert S. Kaplan*

CERA LLP
Solomon B. Cera, Esq. (admitted *pro hac vice*)
201 California Street, Suite 1240
San Francisco, CA 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com

C. Andrew Dirksen, Esq. (admitted *pro hac vice*)
800 Boylston St., 16th Floor
Boston, MA 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

*Interim Co-Lead Class Counsel*

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan, Esq.
Elana Katcher, Esq.
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: ekatcher@kaplanfox.com

*Interim Co-Lead Class Counsel*