UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| IN RE CAUSTIC SODA ANTITRUST LITIGATION | Lead Case No.: 1:19-cv-00385- EAW-MJR |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>ALL DIRECT PURCHASER ACTIONS | |

**DIRECT PURCHASER PLAINTIFFS'**
**NOTICE OF AMENDED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS FORMOSA PLASTICS CORPORATION U.S.A., WESTLAKE CORPORATION, AND SHINTECH INCORPORATED**

PLEASE TAKE NOTICE that upon the Declaration of Solomon B. Cera, dated July 8, 2024, together with its supporting exhibits, including the Settlement Agreements between Direct Purchaser Plaintiffs and Defendants Formosa Plastics Corporation U.S.A., Westlake Corporation, and Shintech Incorporated, and the Memorandum of Law in Support of Direct Purchaser Plaintiffs' Amended Motion for Preliminary Approval of Settlements with Defendants Formosa Plastics Corporation U.S.A., Westlake Corporation, and Shintech Incorporated dated July 8, 2024, Direct Purchaser Plaintiffs ("Plaintiffs") will move this Court on a date and time to be set by the Court, before the Honorable Elizabeth A. Wolford, Chief Judge of the United States District Court for the Western District of New York, at the Kenneth B. Keating Federal Building, 100 State Street, Rochester, NY 14614, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, to enter an order:

(1) Preliminarily approving the settlement agreement ("Settlements") between Plaintiffs and Defendants Formosa Plastics Corporation U.S.A., Westlake Corporation, and Shintech Incorporated;

(2) Certifying Formosa, Westlake and Shintech Settlement Classes (collectively, "Settlement Class") for purposes of settlement only, pursuant to Federal Rule of Civil Procedure 23(e), and authorizing the named plaintiffs to represent the Settlement Class as Settlement Class Representatives;

(3) Appointing Cera LLP and Kaplan Fox & Kilsheimer LLP to serve as Settlement Class Counsel;

(4) Approving the proposed notices of the Settlements and the notice plan;

(5) Approving Verita (formerly Kurtzman Carson Consultants LLC) as claims administrator, and Huntington National Bank as escrow agent;

(6) Entering a schedule for final approval of the Settlements, including a schedule for any entity to exclude itself from the Formosa, Westlake and/or Shintech Settlement Class, for any objections to the Settlements, to the request for attorneys' fees or for reimbursement of expenses, or to the *pro rata* plan of allocation, and for a final hearing on the fairness of the Settlements at a time convenient for the Court, following notice to the Settlement Class; and

(7) Granting such other and further relief as may be appropriate.

Dated: July 8, 2024

Respectfully submitted,

By: ___/s/ *Marco Cercone*___
**RUPP PFALZGRAF LLC**
Marco Cercone, Esq.
R. Anthony Rupp III, Esq.
Arthur N. Bailey, Esq.

1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: (716) 854-3400
Facsimile: (716) 332-0336
Email: cercone@rupppfalzgraf.com
Email: rupp@rupppfalzgraf.com
Email: bailey@rupppfalzgraf.com

*Interim Liaison Class Counsel for Settling Direct Purchaser Plaintiffs and the Proposed Settlement Classes*

By:  /s/ *Solomon B. Cera*
**CERA LLP**
Solomon B. Cera, Esq. (admitted *pro hac vice*)
201 California St., Suite 1240
San Francisco, CA 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

C. Andrew Dirksen, Esq. (admitted *pro hac vice*)
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

*Interim Co-Lead Class Counsel for Settling Direct Purchaser Plaintiffs and the Proposed Settlement Classes*

By:  /s/ *Robert N. Kaplan*
**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan, Esq.
Gregory K. Arenson, Esq.
  (admitted *pro hac vice*)
Elana Katcher, Esq.
800 Third Ave., 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: ekatcher@kaplanfox.com

*Interim Co-Lead Class Counsel for Settling Direct Purchaser Plaintiffs and the Proposed Settlement Classes*