# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CAUSTIC SODA ANTITRUST LITIGATION | Lead Case No. 1:19-cv-00385-EAW-MJR |
| THIS DOCUMENT RELATES TO: *All DPP Actions* | HON. ELIZABETH A. WOLFORD **NOTICE OF MOTION** |

| | |
|---|---|
| Motion by: | Defendants Olin Corporation; K.A. Steel Chemicals, Inc. |
| Date and time: | To be scheduled by the Court |
| Place: | United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| Relief Requested: | An order granting sanctions against counsel for DPPs |
| Grounds for relief: | Fed. R. Civ. P. 11<br>28 USC § 1927 |
| Supporting papers: | Declaration of J. Matthew Schmitten, dated August 8, 2025, with supporting exhibits.<br><br>Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated August 8, 2025. |
| Reply papers: | Defendants intend to file a reply brief in support of their motion. |
| Oral argument: | Defendants are prepared to participate in oral argument if helpful to the Court's disposition. |

1

Dated: August 8, 2025	Respectfully submitted,

/s/ Corey Roush
Corey Roush
J. Matthew Schmitten
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8624
corey.roush@sidley.com
jmatthew.schmitten@sidley.com

Stephen A. Sharkey
BOND, SCHOENECK & KING PLLC
200 Delaware Ave., Suite 900
Buffalo, NY 14202-2107
Tel: (716) 416-7051
ssharkey@bsk.com

*Counsel for Defendants K.A. Steel Chemicals, Inc. and Olin Corp.*