UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| IN RE: CAUSTIC SODA ANTITRUST LITIGATION | Lead Case No.: 1:19-cv-00385-EAW-MJR |
|---|---|
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | HONORABLE ELIZABETH WOLFORD |

**DECLARATION OF J. MATTHEW SCHMITTEN**

I, J. Matthew Schmitten, make this declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an attorney at the law firm Sidley Austin LLP, and licensed to practice law in the states of Texas and Georgia as well as the District of Columbia. I am admitted to practice in the Western District of New York *pro hac vice*. I represent Defendant Olin Corporation ("Olin") and K.A. Steel Chemicals, Inc. ("K.A. Steel," collectively just "Olin") in the above-captioned litigation. Therefore, I have knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Olin's motion for sanctions against DPP counsel ("Sanctions Motion").

3. I participated in a meet-and-confer with representatives of all defendants and counsel for DPPs on April 10, 2025. I participated in two subsequent meet-and-confers with counsel for DPPs on April 14 and April 16, 2025. During the second meet-and-confer with counsel for DPPs, I asked counsel for DPPs (specifically Andrew Dirksen) how any of his clients benefit from the dispute and exactly what interest he was pursuing. He explicitly disclaimed that

1

there would be any benefit to any of his clients, expressed that his only interest was in "the law," and indicated that he was concerned that the Court would "rubber-stamp" the sealing request in the absence of their opposition, as he alleged the Court did in the past.

4.  Exhibit 1 is a true and correct copy of the February 21, 2025 email from DPPs' counsel transmitting newly redacted portions of exhibits and revised memoranda attached to their December 20, 2024 summary judgment and *Daubert* oppositions.

*  *  *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 8, 2025                    By:  */s/ J. Matthew Schmitten*
                                               J. Matthew Schmitten