# EXHIBIT 1

| | |
|---|---|
| **From:** | Vona, Nicholas A. |
| **To:** | Solomon B. Cera; Andrew Dirksen; pmarkert@cerallp.com; Robert Kaplan; Elana Katcher; Gregory Arenson <GArenson@kaplanfox.com>; lcampisi@kaplanfox.com; mmccahill@kaplanfox.com; Cercone, Marco; Rupp, Anthony; Bailey, Arthur N.; ssharkey@bsk.com; jeffrey.oliver@bakerbotts.com; paul.cuomo@bakerbotts.com; bcrosby@gmclaw.com; mmorton@gmclaw.com; tgraber@gmclaw.com; steven.bizar@dechert.com; george.gordon@dechert.com; john.McClam@dechert.com; Julia.chapman@dechert.com; david.costigan@dechert.com; Haneiko, Rebecca; jsouthwick@susmangodfrey.com; bmerrill@susmangodfrey.com; Elizabeth Hadaway; KLombardo@susmangodfrey.com; BBehrens@susmangodfrey.com; tflynn@harrisbeach.com; jbriggs@axinn.com; briggsidg@gmail.com; rdagen@axinn.com; rdw@connorsllp.com; Unger, Alan M.; Paskowitz, Tom A.; Mardian, Peter J.; Roush, Corey W.; CAUSTICSODAWESTLAKESERVICE@LISTS.SUSMANGODFREY.COM; AxinnService@axinn.com; Joshua Grabar; whoese@kohnswift.com; medelson@edelson-law.com; cenders@bm.net; ecramer@bm.net; jsaveri@saverilawfirm.com; hartley@hartleyllp.com; lnussbaum@nussbaumpc.com; jnb@wexlerwallace.com; tjs@wexlerwallace.com; kaw@wexlerwallace.com; Ryan L. Gellman; bhart@gelaw.com; "Chad Holtzman"; "Nathan Reeder"; Manuel John Dominguez; Schmitten, J. Matthew |
| **Subject:** | In re Caustic Soda Antitrust Litigation, No. 19-cv-00385 (EAW) (MJR) (W.D.N.Y.) |
| **Date:** | Friday, February 21, 2025 7:03:38 PM |
| **Attachments:** | image375487.png |
| | image422849.png |
| | image494930.png |
| | image856767.png |

---

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel:

At the below link, please find the newly excerpted deposition transcripts (33 in total), excerpted responses and objections of Defendants to DPPs' Requests for Admissions, additional excerpted exhibits, and corrected indices to Plaintiffs' Appendix and the Compendium of Deposition Testimony. Thank you.

https://www.dropbox.com/scl/fo/5ap5qr6ovr1t6r9ap138h/AF_Z8_jGzQ5DPno6ow7E1aU?rlkey=rey8vvmywm86unqes8ns0z986&st=yxnwx519&dl=0

**Nicholas A. Vona**
Partner



1600 Liberty Building | Buffalo, New York 14202 | 716.854.3400 ext. 263 | email | website | bio     

The information contained herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, distribution or use of this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender and delete the material from your computer. Email communications that are sent from a workplace computer or other business device or via a third party's email system may be viewed by others and, for that reason, may not be protected. Clients should not send any communications to Rupp Pfalzgraf LLC from a computer or email account other than their own.