# PA 1

***In Re Caustic Soda Antitrust Litigation***
**Case No. 19-CV-00385 (W.D.N.Y.)**
**(Judge Elizabeth A. Wolford; Magistrate Judge Michael J. Roemer)**

**Compendium of Testimony Offered in Opposition To Defendants' Motions (Sorted by Tab #) (Revised Feb. 21, 2025)**

| Tab | Deponent (All Versions) | PX No. (Ex. No, if any)[1] | Deposition Transcript Pages |
|---|---|---|---|
| 1 | Abel, Scott (Olin / KAS) | 620, 623, 625, 626, 629, 641, 647, 648, 652, 665 | Excerpted (1-57, 62-85, 98-101, 158-161, 166-177, 194-197, 210-221, 226-237, 262-277, 290-295) |
| 2 | Ameis, Paul (VanDeMark) | N/A | Full |
| 3 | Ansai, Toshiaki (V1, V2) (30(b)(6)) (Shintech) | 3045, 3047, 3048, 3050, 3052, 3053, 3054, 3055, 3057, 3058, 3059, 3060, 3063, 3064, 3066, 3068, 3069, 3070, 3073, 3075, 3076, 3077, 3078, 3080, 3081, 3082, 3088, 3089, 3090, 3091, 3092, 3093, 3094, 3095, 3100, 3101, 3102, 3103, 3106, 3108, 3109, 3110, 3112, 3113, 3114, 3117, 3118, 3119, 3121, 3122, 3123, 3124, 3125, 3127, 3128, 3129, 3130, 3132, 3133, 3134, 3135, 3137, 3138, 3139, 3141, 3142, 3144, 3156, 3165, 3166, 3169, 3170, (Ex. DX – 8) | V1: Full<br><br>V2: Excerpted (217-253, 266-269, 298-301, 306-329, 334-341, 350-357, 366-371)<br><br>30(b)(6): Excerpted (1-49, 66-77, 82-97) |

[1] References to "PX __" are to deposition exhibits marked by plaintiffs and "(Ex. __)" are to deposition exhibits marked by defendants that were shown to the witness and referred to in the materials supporting plaintiffs' oppositions to defendants' summary judgment and *Daubert* motions (including the reports of plaintiffs' economist Dr. Lamb).

| | | | |
|---|---|---|---|
| 4 | Ballard, Lisa (Westlake) | 2128, 2129, 2130, 2132, 2136, 2137, 2138, 2142, 2143, 2146, 2147, 2152, 2156, 2160, 2165, 2166, 2175, 2197, 2198, 2203, 2204, 2206 | Excerpted (1-73, 82-93, 98-125, 142-149, 182-185, 190-197, 226-229, 238-245) |
| 5 | Berryman (Ponder), Ashley (Shintech) | 2027, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045 | Excerpted (1-21, 151-153, 182-194, 202-205) |
| 6 | Bowen, Bill (ICIS) | 2929, 2930, 2932, 2934, 2935, 2940, 2949, 2967, 2972 | Excerpted (1-192, 329-347) |
| 7 | Brooks, Stephanie (OxyChem) | 343, 348, 349, 351, 352, 353, 355, 357, 362, 363, 365, 368, 369, 370, 371, 374, 377, 381, 382, 384, 385, 387, 392, 395 | Excerpted (1-33, 42-49, 75-82, 99-107, 111-124, 126-131, 135-139, 153-163, 168-175, 181-195, 202-206, 212-213, 227-249, 256-257, 262-265, 290-293) |
| 8 | Buesinger, Robert (Westlake) | 1511, 1513, 1522, 1523, 1525, 1531, 1533, 1548, 1567 | Excerpted (1-21, 38-57, 86-101, 115-122, 127-130, 149-154, 171-174, 229-231, 250-253) |
| 9 | Carr, Charles (IHS Markit) | 2504, 2507, 2508, 2510, 2517, (Defendants Ex. 15) | Full |
| 10 | Chen, Philip (Formosa) | 914, 916, 917, 924, 931, 936, 937, 943, 946 | Full |
| 11 | Chou, Christopher (Formosa) | 520, 523, 525, 526, 530, 533, 534, 537, 543, 547, 550, 552, 553, 555 | Excerpted (1-49, 58-89, 94-101, 106-113, 118-121, 138-145, 154-161, 170-185, 198-209, 238-243) |
| 12 | Crosby, Cindy (Midwest Renewable Energy) | N/A | Excerpted (1-84, 181-185) |
| 13 | Dye, Mike (Olin) | 1353, 1360, 1367, 1369, 1371, 1373, 1375, 1376, | Excerpted (1-53, 82-93, 118-125, 142-217, 230- |

| | | | |
|---|---|---|---|
| | | 1380, 1381, 1386, 1387, 1388, 1399, 1397, 1400, 1404 | 253, 270-297, 306-309, 370-373, 442-451) |
| 14 | Eisenhauer, George (IHS Markit former) | 3260, 3261, 3263, 3266, 3267, 3269, 3271, 3272, 3274, 3275, 3276, 3281, 3282 | Full |
| 15 | Evans, Grant (OxyChem) | 1855, 1856, 1858, 1860, 1862, 1867, 1881, 1882, 1887, 1897, 1899, 1909 | Excerpted (1-37, 62-65, 102-117, 131-135, 140-146, 168-186, 253-261, 308-310, 335-336, 354-357) |
| 16 | Filey, Justin (Westlake / Axiall) | 2301, 2303, 2306, 2307, 2310, 2312, 2313, 2315, 2316, 2320 | Excerpted (1-20, 78-84, 88-94, 99-103, 109-116, 125-127, 132-140, 165-166) |
| 17 | Gasior, Wayne (Westlake / Axiall) | 288, 289, 291, 298, 299, 313, 315, 319, 327, 328 | Excerpted (1-21, 62-97, 120-132, 184-190, 194-196, 215-220, 260-266, 302-304) |
| 18 | Gosser, John (Westlake) | 111, 112 | Excerpted (1-21, 68-85, 194-197) |
| 19 | Gumpel, Damian (V1, V2) (Olin) | 2751, 2754, 2761, 2763, 2765, 2766, 2767, 2768, 2769, 2771, 2775, 2776, 2778, 2780, 2781, 2783, 2787, 2788, 2791, 2793, 2794, 2799, 2800, 2805, 2806, 2809, 2811, 2816, 2821, 2829 | V1: Excerpted (1-53, 58-77, 86-89, 98-101, 146-161, 170-189, 194-245, 254-273, 278-305)<br><br>V2: Excerpted (306-318, 327-334, 339-370, 379-418, 427-450, 459-466, 543-546, 555-564) |
| 20 | Hartley, Peter (Olin) | 859, 863, 864, 876, 878, 889, 896, 897 | Excerpted (1-49, 145-155, 165-173, 214-219, 222-228, 256-258, 284-287, 314-316) |
| 21 | Hebert, B.J. (OxyChem) | 2626, 2627, 2628, 2632, 2635, 2636, 2637, 2638, 2643, 2644, 2646, 2651, 2653, 2655, 2661, 2666, | Excerpted: (1-49, 58-97, 106-129, 138-165, 174-197, 214-261, 266-269, |

| | | | |
|---|---|---|---|
| | | 2670, 2671, 2673, 2674, 2677 | 278-285, 290-313, 318-379) |
| 22 | Hillsley, Tim (V1, V2) (OxyChem) | 2830, 2835, 2837, 2839, 2840, 2841, 2842, 2844, 2845, 2846, 2848, 2850, 2851, 2852, 2853, 2855, 2858, 2860, 2865, 2866, 2868, 2869, 2871, 2873, 2874, 2875, 2877, 2881, 2885, 2894, 2895, 2901, 2902, 2903, 2908, 2915, 2920, 2921, 2922, 2923 | V1: Full<br><br>V2: Excerpted (334-346, 371-386, 419-430, 435-438, 451-482, 559-570, 583-586, 619-622, 635-642, 651-659) |
| 23 | Irizarry, Noel (Westlake) | 1644, 1653, 1661, 1665, 1667, 1669, 1691 | Excerpted (1-32, 55-60, 86-90, 114-116, 120-123, 125-126, 129-132, 173-186, 217-220) |
| 24 | Jakovich, Michael (Olin / KAS) | 1767, 1772, 1774, 1775, 1777, 1779, 1780, 1781, 1792, 1794, 1795, 1796, 1797, 1798, 1802, 1804, 1806, 1810, 1811, 1815, 1816, 1819, 1821, 1822, 1823, 1831, 1837, 1838, 1841 | Excerpted (1-53, 66-109, 134-161, 170-237, 242-245, 254-269, 290-295) |
| 25 | Johnson, Dewey (IHS Markit) | 2523, 2525, 2527, 2532, 2534, 2536, 2540, 2541, 2546, 2547 | Full |
| 26 | Johnson, John (V1, V2) (Defendants' Expert) | 3291, 3292, 3299 | V1: Excerpted (1-64, 81-88, 97-100, 133-140, 145-160, 169-236, 253-257)<br><br>V3: Excerpted (258-293, 298-301, 306-309, 410-415) |
| 27 | Joyce, Kevin (Shintech) | 671, 676, 677, 678, 685, 686, 688, 698, 707, 710, 728 | Excerpted (1-57, 66-81, 98-105, 118-133, 170-177, 190-195) |

| | | | |
|---|---|---|---|
| 28 | Kayser, Clint (Miami Products) | N/A | Excerpted (1-68, 97-180, 197-226) |
| 29 | Keenan, Steve (Olin) | 1573, 1576, 1580, 1583, 1586, 1588, 1589, 1598, 1604, 1616, 1622, 1626, 1635, 1637, 1642 | Excerpted (1-37, 68-76, 81-84, 113-122, 139-142, 178-187, 197-199, 204-210, 224-225, 227-237) |
| 30 | Kovacs, Joe (Westlake / Axiall) | 2089, 2098, 2099 | Excerpted (1-8, 58-62, 113-132, 221-224) |
| 31 | Kowalski, Paul (Westlake / Axiall) | 1166, 1172, 1185, 1187, 1188, 1189, 1195, 1204, 1214, 1229, 1232, 1233 | 30(b)(6): Excerpted (1-13, 38-41)<br><br>30(b)(1): Excerpted (1-13, 33-38, 62-64, 82-89, 110-130, 147-149, 158-161, 169-171, 236-237) |
| 32 | Kreuz, Hazel (V1, V2) (IHS Markit) | 2559, 2560, 2562, 2563, 2565, 2566, 2568, 2570, 2576, 2578, 2579, 2581, 2582, 2589, 2592, 2594, 2596, 2602, 2603, 2605, 2606, 2607, 2609, 2621 (Ex. Kreuz 2) | V1: Full<br><br>V2: Full |
| 33 | Kromidas, Larry (Olin) | 948, 972, 976, 979, 980, 994, 995, 999, 1021, 1030 | Excerpted (1-21, 57-73, 82-89, 137-140, 151-156, 167-175, 197-205, 213-219, 242-244, 274-277) |
| 34 | Lamb, Russell (V1, V2) (DPPs' Expert) | 3291 | V1: Excerpted (1-48, 73-80, 113-116, 129-132, 189-208, 229-236, 285-288, 313-332, 337-340, 393-412, 425-430)<br><br>V2: Excerpted (432-459, 468-495, 860-867) |

| | | | |
|---|---|---|---|
| 35 | Langford, Heath (OxyChem) | 438, 443, 444, 450, 451 | 30(b)(1): Excerpted (1-21, 93-94, 103-107, 131-136, 141-148, 174-177)<br><br>30(b)(6): Excerpted (1-13, 27-28, 122-125) |
| 36 | Leonard, Gregory (Shintech's Expert) | N/A | Excerpted (1-13, 54-61, 146-161, 174-193, 210) |
| 37 | Lin, Kenny (Formosa) | 1249, 1252, 1257, 1264, 1268, 1269, 1272, 1274, 1278, 1279, 1285, 1288, 1290 | Excerpted (1-57, 62-69, 78-89, 98-105, 110-117, 126-153, 158-169, 174-181, 190-209, 230-233) |
| 38 | Lovelace, Michael (Perry's Ice Cream) | N/A | Full |
| 39 | Luick, Zack (Olin) | 156, 163, 175, 183, 191, 192, 193, 205, 211 | Excerpted (1-21, 46-53, 85-93, 146-156, 186-189, 212-224, 252-254, 270-273, 298-300) |
| 40 | Martorella, Maurice (ECU North America) | 1856, 2977, 2983, 2984, 2986, 2990, 2994, 3000, 3003, 3008, 3010, 3012, 3013, 3028, 3029, 3033, 3034, 3039 | Full |
| 41 | McIntosh, John (Olin) | 1469, 1470, 1473, 1474, 1476, 1480, 1481, 1486, 1500 | Excerpted (1-81, 90-105, 110-129, 158-177, 190-193, 234-237, 250-269, 274-277, 290-297) |
| 42 | Nedvesky, Stephen (Olin) | 126, 128, 129, 130, 136, 138, 143, 145, 151 | Excerpted (1-29, 47-85, 120-122, 128-132, 160-178, 210-223, 282-285) |
| 43 | Negris, Paul (OxyChem) | 2685, 2692, 2698 | Excerpted (1-21, 75-78, 108-112, 123-128, 206-213, 246-249, 254-261, 266) |

| | | | |
|---|---|---|---|
| 44 | Newman, Bryan (Westlake / Axiall) | 1914, 1915, 1916, 1929, 1942, 1944, 1947, 1948, 1949, 1967, 1976 | Excerpted (1-21, 34-62, 112-119, 139-153, 182-184, 201-202, 234-237) |
| 45 | O'Malley, Thomas (Main Pool) | (Ex. O'Malley-19) | Excerpted (1-36, 105-168, 201-268) |
| 46 | Patel, Mihir (OxyChem) | 2459, 2461, 2464, 2467, 2473, 2485 | Excerpted (1-21, 26-33, 108-115, 124-125, 134-137, 152-156, 194-196, 234-237, 242-245) |
| 47 | Paulsen, James (OxyChem) | 567, 568, 571, 573, 577, 584, 586, 591, 593, 594, 596, 598, 599, 603, 605, 606, 608, 615 | Excerpted (1-49, 62-65, 78-113, 118-129, 138-157, 178-193, 198-213, 222-237, 246-273, 286-293, 302-305) |
| 48 | Peterson, Robert (OxyChem) | 793, 800, 804, 811, 812, 817, 826, 828, 831, 832, 833, 834, 835, 839, 848 | Full |
| 49 | Rexer, Pamela (Amrex) | N/A | Full |
| 50 | Rexer, William (Amrex) | N/A | Full |
| 51 | Saitoh, Yasuhiko (Shintech) | 3059, 3078, 3093, 3101, 3102, 3108, 3113, 3114, 3117, 3118, 3121, 3125, 3133, 3139, 3141, 3229, 3230, 3234, 3237, 3238, 3246, 3247, 3251 | Excerpted (1-69, 74-105, 110-121, 158-161, 170-185) |
| 52 | Sakowicz, Walt (Westlake / Axiall) | 2250, 2255, 2260, 2261, 2264, 2275, 2278, 2281, 2282, 2285 | Excerpted (1-48, 65-72, 113-116, 133-140, 165-168, 189-204, 209-212, 237-240, 245-256, 265-304, 313-318) |
| 53 | Kucharski, Michael (VanDeMark) | (Kucharski Exhibit 15) | Excerpted (1-36, 129-148, 165-169) |
| 54 | Schoenman, Erik (Westlake / Axiall) | 400, 409, 410, 413, 414, 424, 431 | Excerpted (1-21, 31-57, 122-134, 154-170, 206-217, 262-265) |

| | | | |
|---|---|---|---|
| 55 | Sheppard, Bethany (Stuchell) (Westlake) | 1428, 1434, 1447,1450, 1451 | Excerpted (1-21, 99-105, 143-152, 186-193, 218-225) |
| 56 | Smith, Wes (Olin) | 731, 732, 747, 750, 758, 760, 771, 777, 779, 787 | Excerpted (1-29, 100-104, 117-121, 147-151, 156-162, 186-194, 211-213, 218-223, 255-257, 282-285) |
| 57 | Stegmann, Karen Ann (OxyChem) | 258, 260, 262, 266, 277 | Excerpted (1-21, 45-74, 90-95, 109-113, 179-183) |
| 58 | Tang, Chris (Formosa) | 456, 464, 467, 469, 470, 471, 475, 478, 481, 484, 485, 487, 494, 497, 498, 499, 501, 504, 506, 510 | Excerpted (1-49, 74-77, 82-85, 90-105, 114-121, 134-137, 150-157, 166-189, 206-213, 222-241, 246-261, 286-293, 330-354) |
| 59 | Thomas, Harry (Olin) | 1360, 2325, 2329, 2339, 2342, 2343, 2344, 2346, 2347, 2348, 2349, 2351, 2352, 2358, 2360, 2362, 2363, 2364, 2370, 2371, 2374, 2375, 2376, 2380 | Excerpted (1-49, 62-73, 82-113, 142-157, 166-185, 194-205, 210-237, 242-261, 274-297, 302-309) |
| 60 | Thomas, Jim (OxyChem) | 219, 234, 235, 245, 247, 249 | Excerpted (1-21, 102-109, 122-126, 188-196, 210-217) |
| 61 | Varilek, James (Olin) | 2384, 2386, 2387, 2388, 2390, 2391, 2392, 2393, 2394, 2395, 2397, 2403, 2406, 2415, 2419, 2420, 2424, 2426, 2433, 2436, 2437 | Excerpted (1-65, 70-141, 162-169, 174-181, 186-197, 218-229, 234-245, 254-265, 290-295) |
| 62 | Welch, Jason (OxyChem) | 3172, 3173, 3174, 3181, 3200, 3217 | Excerpted (1-21, 48-72, 90-93, 140-141, 191-197, 246-261) |
| 63 | West, Dana (Shintech) | 2, 3, 6, 12, 13, 14, 15, 18, 19, 20, 22, 23, 24, 26, 27, 28, 29, | Excerpted (1-88, 93-112, 137-200, 213-232, 265-268, 277-302) |

| | | | |
|---|---|---|---|
| | | 30, 32, 34, 35, 40, 42, 58, 59, 64, 65 | |
| 64 | Whigham, Rene (Olin) | 1081, 1083, 1086, 1088, 1090, 1092, 1093, 1094, 1096, 1098, 1101, 1105, 1108, 1109, 1110, 1115, 1123, 1129, 1130, 1131, 1134, 1142, 1144, 1154, 1159, 1160 | Excerpted (1-53, 70-145, 150-161, 170-197, 210-213, 230-237, 246-265, 282-297, 310-313, 322-333, 338-345, 350-355) |
| 65 | Whitlock, Gil (OxyChem) | 71, 79, 85, 93, 95, 100 | Excerpted (1-21, 113-131, 169-177, 215-242, 274-291, 303-308, 342-345) |
| 66 | Wu, Kelvin (Formosa) | 1055, 1057, 1064, 1066, 1072, 1071, 1078 | Excerpted (1-49, 62-81, 102-117, 122-129, 142-153, 162-168) |
| 67 | Zajdel, Alana (Axiall) | 1705, 1706, 1707, 1710, 1719 | Excerpted (1-21, 116-137, 148-153, 183-187, 230-233) |
| 68 | Polito, Stephen (Shintech) | 2046, 2072, 2083 | Excerpted (1-21, 45-46, 51-58, 176-180, 217-218, 238-241) |
| 69 | Green, Dan (Tricon) | 685, 1078, 2921, 2922, (Green Ex. 23) | Excerpted (1-32, 41-48, 97-100, 117-120, 201-208, 229-244, 249-256, 265-270) |
| 70 | Telincho, Sandra (Main Pool) | N/A | Excerpted (1-36, 165-172, 241-248, 301-304) |
| 71 | Scott, Janet (VanDeMark) | N/A | Full |