# PA 400

**From:** Gumpel, Damian CLAY
**To:** Smith, Wesley B CLEV; Abel, Scott R CLAY; Dye, Mike S CLEV; Thomas, Harry G CLAY; Varilek, James A CLAY
**CC:** Martin, Matt CLAY; Whigham, Rene CLEV
**Sent:** 5/18/2018 9:16:30 AM
**Subject:** RE: Caustic July price increase

Thanks Wes.

Rene, Mike, and I just talked.
We are revising the amount and will go with $40 on caustic (all grades).

-Damian

**From:** Smith, Wesley B CLEV
**Sent:** Friday, May 18, 2018 9:13 AM
**To:** Gumpel, Damian CLAY <DGumpel@olin.com>; Abel, Scott R CLAY <SRAbel@olin.com>; Dye, Mike S CLEV <MSDye@olin.com>; Thomas, Harry G CLAY <HGThomas@olin.com>; Varilek, James A CLAY <JAVarilek@OlinBC.com>
**Cc:** Martin, Matt CLAY <JMMartin@olin.com>; Whigham, Rene CLEV <RRWhigham@olin.com>
**Subject:** RE: Caustic July price increase

Damian – thank for the heads up and, yes, planning on $25 for chlorine…maybe $30.
We also plan to announce on HCl as well…likely $40/ton (liquid basis).
Both should go out by Wednesday (5/23).

Wes

**From:** Gumpel, Damian CLAY
**Sent:** Friday, May 18, 2018 9:42 AM
**To:** Smith, Wesley B CLEV <WBSmith@olin.com>; Abel, Scott R CLAY <SRAbel@olin.com>; Dye, Mike S CLEV <MSDye@olin.com>; Thomas, Harry G CLAY <HGThomas@olin.com>; Varilek, James A CLAY <JAVarilek@OlinBC.com>
**Cc:** Martin, Matt CLAY <JMMartin@olin.com>; Whigham, Rene CLEV <RRWhigham@olin.com>
**Subject:** Caustic July price increase

Good morning-

Rene and I consulted yesterday and NA Caustic intends to announce $30/dst (all grades) increase on Monday for July implementation.

Wes – I understand your plan is to announce $25 on chlorine on Wednesday.

Let me know if you have questions/comments.

-Damian

**Exhibit**
2821