**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: CAUSTIC SODA ANTITRUST LITIGATION | Lead Case No.: 1:19-cv-00385-EAW-MJR |
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | HON. ELIZABETH A. WOLFORD |

**DECLARATION OF EZRA J. RUIZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Ezra J. Ruiz, make this declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate at Susman Godfrey, L.L.P., and licensed to practice in the States of Washington, New York, and Arizona. I am admitted to practice in the Western District of New York *pro hac vice*. I represent Defendant Westlake Corporation, formerly known as Westlake Chemical Corporation, in the above-captioned action.

2. I am familiar with and have knowledge of the facts and circumstances set forth in this Declaration, which is being offered in support of Defendants Olin Corporation; K.A. Steel Chemicals, Inc.; Occidental Chemical Corporation; Westlake Corporation; and Formosa Plastics Corporation, U.S.A.'s Motion for Summary Judgment ("Defendants' Motion for Summary Judgment").

3. Attached are true and correct copies of the following **Exhibits**, which are exhibits cited in Defendants' Motion for Summary Judgment and Defendants Olin Corporation; K.A. Steel Chemicals, Inc.; Occidental Chemical Corporation; Westlake Corporation; and Formosa

Plastics Corporation, U.S.A.'s Local Rule 56 Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment, including Appendix A thereto:

| Ex. No. | Date | Description | Bates | Depo Exhibit |
|---|---|---|---|---|
| 1 | 6/18/2025 | Declaration of Dr. John Johnson | | |
| 2 | 11/28/2022 | Expert Report of Dr. John H. Johnson, IV (Ex. 1 to the Declaration of Dr. John Johnson) | | |
| 3 | 6/20/2025 | Declaration of Philip Chen in Support of Defendants' and Formosa Plastics Corporation, U.S.A.'s Motions for Summary Judgment | | |
| 4 | | Formosa 2016 transaction data (Ex. 1 to the Declaration of Philip Chen) | FPC-USA-DPP-00259658 | |
| 5 | | Formosa 2017 transaction data (Ex. 2 to the Declaration of Philip Chen) | FPC-USA-DPP-00259659 | |
| 6 | | Formosa 2018 transaction data (Ex. 3 to the Declaration of Philip Chen) | FPC-USA-DPP-00259660 | |
| 7 | | Formosa 2019 transaction data (Ex. 4 to the Declaration of Philip Chen) | FPC-USA-DPP-00259661 | |
| 8 | 6/21/2017 | Email from K. Wu to K. Lin, et al Re: Malaysia Update from Tricon (Ex. 5 to the Declaration of Philip Chen) | FPC-USA-DPP-00175278 | |
| 9 | 10/17/2024 | Declaration of Mike Jakovich (Olin) In Support of Defendants' Motion for Summary Judgment | | |
| 10 | 10/17/2024 | Declaration of Peter Hartley (Olin) In Support of Defendants' Motion for Summary Judgment | | |
| 11 | 10/17/2024 | Declaration of Rene Whigham (Olin) in Support of Defendants' Motion for Summary Judgment | | |
| 12 | 10/12/2017 | Olin Global Chlor Alkali Products & Vinyls 2017 Situational Analysis (Ex. 1 to the Declaration of Rene Whigham) | OLN-000123571 | |

| | | | | |
|---|---|---|---|---|
| 13 | 8/15/2016 | Terminal-Based Caustic Soda Business (Ex. 2 to the Declaration of Rene Whigham) | OLN-000244865 | |
| 14 | 8/2/2017 | Email from J. McIntosh to R. Peterson Re: BNSF Meeting Summary (Ex. 3 to the Declaration of Rene Whigham) | OLN-000273951 | McIntosh Exhibit 838 |
| 15 | 8/15/2016 | Olin Chemicals Division 2016 Situational Analysis (Ex. 4 to the Declaration of Rene Whigham) | OLN-000522203 | |
| 16 | 11/3/2015 | OLN - Q3 2015 Olin Corp Earnings Call (Ex. 5 to the Declaration of Rene Whigham) | OLN-000824433 | McIntosh Exhibit 948 |
| 17 | 11/23/2022 | Errata to the Deposition of Gareth Macartney, Ph.D. (Vols. 1 & 2) | | |
| 18 | 10/17/2024 | Declaration of Timothy Hillsley (OxyChem) | | |
| 19 | 2/7/2018 | Email from A. Ayala attaching global Plastics & Polymers -- Monthly Marketing Report Issue 239 (Ex. 1 to the Declaration of Timothy Hillsley) | OCC_00041592 | |
| 20 | 8/28/2018 | Email from M. Patel attaching ECU NORTH AMERICA [Market Update] (Ex. 2 to the Declaration of Timothy Hillsley) | OCC_00146504 | |
| 21 | 2/2/2017 | Caustic soda supply contract between OxyChem and PVS Chemical Solutions (Ex. 3 to the Declaration of Timothy Hillsley) | OCC_00155252 | |
| 22 | 11/3/2017 | Email from B. Hebert re: 2018 Plan Summary (Ex. 4 to the Declaration of Timothy Hillsley) | OCC_00237940 | |
| 23 | 3/13/2019 | Email from T. Hillsley attaching March 2019 CS Market Fundamentals (Ex. 5 to the Declaration of Timothy Hillsley) | OCC_00298437 | Hillsley Exhibit DX-11 |
| 24 | 1/30/2008 | Caustic soda and chlorine supply contract between OxyChem and VanDeMark Chemical, Inc., dated January 20, 2008 (Ex. 6 to the Declaration of Timothy Hillsley) | OCC_01139766 | Ameis Exhibit 1 |

| | | | | |
|---|---|---|---|---|
| 25 | 11/16/2015 | Contract between 3M Company and Occidental Chemical Corporation (Ex. 7 to the Declaration of Timothy Hillsley) | OCC_01153270 | |
| 26 | 10/18/2024 | Declaration of Dewey Johnson (IHS) | | |
| 27 | | IHS Internal Protocol: Monthly determination of change in the US Gulf Coast Caustic Soda Liquid Index (Ex. 1 to the Declaration of D. Johnson) | IHSM000027 | Carr Exhibit 2 |
| 28 | 8/16/2018 | Email from S. Gripp to C. Carr Re: Market Discussion (Ex. 2 to the Declaration of D. Johnson) | IHSM017712 | Carr Exhibit 4 |
| 29 | 11/29/2017 | Global Chlor-Alkali Report (Ex. 3 to the Declaration of D. Johnson) | IHSM002315 | D. Johnson Exhibit 12 |
| 30 | | Producer Price Change Discovery Data (Ex. 4 to the Declaration of D. Johnson) | IHSM009381 | Kreuz Exhibit 2 |
| 31 | 3/22/2018 | Email from H. Kreuz to D. Rouw, et al Re: Thank you (Ex. 5 to the Declaration of D. Johnson) | IHSM012884 | Kreuz Exhibit 3 |
| 32 | 9/24/2018 | Email from H. Kreuz to J. Pursley Re: September Caustic Soda Market (Ex. 6 to the Declaration of D. Johnson) | IHSM026872 | Kreuz Exhibit 11 |
| 33 | 8/1/2016 | Caustic Soda Market Update (Ex. 7 to the Declaration of D. Johnson) | IHSM005391 | Kreuz Exhibit 17 |
| 34 | 3/22/2018 | Caustic soda: A new global equilibrium? Measuring the state of a cyclical market (Ex. 8 to the Declaration of D. Johnson) | IHSM004124 | Kreuz Exhibit 18 |
| 35 | 5/1/2018 | Chlor-Alkali/Vinyls: Outlook for complex, integrated markets (Ex. 9 to the Declaration of D. Johnson) | IHSM006077 | Kreuz Exhibit 19 |
| 36 | 7/16/2019 | Email from H. Kreuz to C. Schirber FW: Global Chlor-Alkali Alert: Global Chlor-Alkali - Price Definitions and Price Discovery Protocol Issue 4 Effective October 27, 2015 (Ex. 10 to the Declaration of D. Johnson) | IHSM028478 | Kreuz Exhibit 2556 |

| | | | | |
|---|---|---|---|---|
| 37 | 10/6/2017 | The Chlor-alkali Market: A Forward Perspective (Ex. 11 to the Declaration of D. Johnson) | IHSM008046 | Lamb Exhibit 4 |
| 38 | 3/11/2020 | Supply & Demand Table World_IHS_20Q1 Update (Ex. 12 to the Declaration of D. Johnson) | IHSM035195 | |
| 39 | 6/19/2025 | Declaration of Paul Kowalski (Westlake) | | |
| 40 | 8/6/2015 | Axiall (AXLL) Timothy Mann, Jr. on Q2 2015 Results - Earnings Call Transcript (Ex. 1 to the Declaration of Paul Kowalski) | WL_0000000026 | |
| 41 | 8/1/2016 | Liquid Caustic Soda Sales Agreement between Axiall and Old World Industries (Ex. 2 to the Declaration of Paul Kowalski) | WL_0001646552 | |
| 42 | 10/19/2017 | Email from D. Green to B. Newman Re: Export Market (Ex. 3 to the Declaration of Paul Kowalski) | WL_0001910700 | Green Exhibit 12 |
| 43 | 5/18/2022 | Declaration of Daniel Green | | Green Exhibit 3 |
| 44 | 8/4/2022 | Deposition Transcript of Steven Jagielo (Tripp), excerpted | | |
| 45 | 5/30/2021 | Indirect Purchaser Plaintiff Finch Paper LLC's Revised Responses and Objections to Defendants' Joint First Set of Interrogatories | | |
| 46 | 5/20/2022 | Deposition Transcript of Daniel Green (Tricon 30(b)(6)), excerpted | | |
| 47 | [redacted] | [redacted] | | |
| 48 | 1/6/2023 | Errata to the Expert Report of Dr. John H. Johnson, IV | | |
| 49 | 10/5/2022 | Errata to the Declaration of Gareth Macartney, Ph.D. In Support of Indirect Purchaser Plaintiffs' Motion for Class Certification | | |
| 50 | 2/16/2022 | Deposition Transcript of Hazel Kreuz - Day 1, (IHS), excerpted | | |

| | | | | |
|---|---|---|---|---|
| 51 | 2/17/2022 | Deposition Transcript of Hazel Kreuz - Day 2, (IHS), excerpted | | |
| 52 | 2/2/2022 | Deposition Transcript of Charles Carr (IHSM 30(b)(6)), excerpted | | |
| 53 | 2/3/2022 | Deposition Transcript of Dewey Johnson (IHSM), excerpted | | |
| 54 | 2/16/2022 | Deposition Transcript of William Bowen (ICIS), excerpted | | |
| 55 | 5/10/2022 | Deposition Transcript of George Eisenhauer (Argus), excerpted | | |
| 56 | 2/18/2022 | Deposition Transcript of Maurice Martorella (ECU NA), excerpted | | |
| 57 | 10/25/2022 | Deposition Transcript of Gareth Macartney, Ph.D., Vol. 1, excerpted | | |
| 58 | 10/26/2022 | Deposition Transcript of Gareth Macartney, Ph.D., Vol. 2, excerpted | | |
| 59 | 3/6/2023 | Deposition Transcript of Gareth Macartney, Ph.D., Vol. 3, excerpted | | |
| 60 | 7/30/2021 | Deposition Transcript of Thomas O'Malley (Main Pool 30(b)(6)), excerpted | | |
| 61 | 7/7/2021 | Deposition Transcript of Clint Kayser (Miami Products 30(b)(6)), excerpted | | |
| 62 | 9/28/2021 | Deposition Transcript of Michael Lovelace (Perry's Ice Cream 30(b)(6)), excerpted | | |
| 63 | 8/31/2021 | Deposition Transcript of Paul Ameis (VDM), excerpted | | |
| 64 | 6/23/2021 | Deposition Transcript of Trampas Osborne (MRE), excerpted | | |
| 65 | 3/30/2021 | Direct Purchaser Plaintiffs' Supplemental Responses and Objections to Defendants' Joint First Set of Interrogatories with Verification | | |
| 66 | 1/12/2022 | Deposition Transcript of Noel Irizarry (Westlake), excerpted | | |

| | | | | |
|---|---|---|---|---|
| 67 | [redacted] | [redacted] | [redacted] | [redacted] |
| 68 | 1/14/2022 | Deposition Transcript of Grant Evans (OxyChem), excerpted | | |
| 69 | 1/7/2022 | Deposition Transcript of Bob Buesinger (Westlake), excerpted | | |
| 70 | 9/26/2022 | Declaration of Gareth Macartney, Ph.D. In Support of Indirect Purchaser Plaintiffs' Motion for Class Certification | | |
| 71 | 7/16/2021 | Deposition Transcript of Dana West (Shintech), excerpted | | |
| 72 | 11/11/2021 | Deposition Transcript of Robert Peterson (OxyChem), excerpted | | |
| 73 | 8/2/2022 | Deposition Transcript of Alex Tybor (Finch Paper 30(b)(6)), excerpted | | |
| 74 | 1/27/2022 | Deposition Transcript of Roger Massey (Shintech), excerpted | | |
| 75 | 11/19/2021 | Deposition Transcript of Philip Chen (30(b)(1) and FPC 30(b)(6)), excerpted | | |
| 76 | 3/11/2022 | Deposition Transcript of Toshiaki Ansai (Shintech), Vol. 2, excerpted | | |
| 77 | 3/10/2022 | Deposition Transcript of Burnis Hebert (OxyChem), excerpted | | |
| 78 | 3/23/2022 | Deposition Transcript of Jason Welch (OxyChem), excerpted | | |
| 79 | [redacted] | [redacted] | | |
| 80 | 12/8/2021 | Deposition Transcript of Leslie Whigham - Olin Corp. 30(b)(6), excerpted | | |
| 81 | 12/15/2021 | Deposition Transcript of William Rexer (Amrex 30(b)(6)), excerpted | | |
| 82 | 6/22/2021 | Deposition Transcript of Cindy Crosby (Midwest Renewable Energy 30(b)(6)), excerpted | | |
| 83 | 3/16/2022 | Deposition Transcript of Paul Negris (OxyChem), excerpted | | |

| | | | | |
|---|---|---|---|---|
| 84 | 8/19/2021 | Deposition Transcript of Stephen Nedvesky (Olin), excerpted | | |
| 85 | 12/10/2021 | Deposition Transcript of Paul Kowalski (Westlake), excerpted | | |
| 86 | 2/23/2016 | Email from Y. Saitoh to T. Ansai Re: Caustic price increase announcements | ST0000105524 | Saitoh Exhibit 3078 |
| 87 | 5/5/2022 | Deposition Transcript of Yasuhiko Saitoh (Shintech), excerpted | | |
| 88 | 1/28/2022 | Deposition Transcript of Lisa Ballard (Westlake), excerpted | | |
| 89 | 12/16/2021 | Deposition Transcript of Michael Dye (Olin), excerpted | | |
| 90 | [redacted] | [redacted] | [redacted] | [redacted] |
| 91 | [redacted] | [redacted] | [redacted] | [redacted] |
| 92 | 2/10/2022 | Deposition Transcript of Timothy Hillsley (30(b)(1) and OxyChem 30(b)(6)), Vol. 1, excerpted | | |
| 93 | 2/11/2022 | Deposition Transcript of Timothy Hillsley (30(b)(1) and OxyChem 30(b)(6)), Vol. 2, excerpted | | |
| 94 | 1/5/2022 | Deposition Transcript of John McIntosh (Olin), excerpted | | |
| 95 | 3/18/2022 | Deposition Transcript of Mihir Patel (OxyChem), excerpted | | |
| 96 | 10/5/2021 | Deposition Transcript of Stephanie Brooks (OxyChem), excerpted | | |
| 97 | 1/26/2022 | Deposition Transcript of Joseph Kovacs (Westlake), excerpted | | |
| 98 | 2/9/2022 | Deposition Transcript of Justin Filey (Westlake), excerpted | | |
| 99 | 1/11/2022 | Deposition Transcript of Steve Keenan (Olin), excerpted | | |
| 100 | 11/3/2021 | Deposition Transcript of Scott Abel (Olin), excerpted | | |
| 101 | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | |
|---|---|---|---|---|
| 102 | [redacted] | [redacted] | [redacted] | [redacted] |
| 103 | 12/14/2021 | Deposition Transcript of Pamela Rexer (Amrex 30(b)(6)), excerpted | | |
| 104 | 1/13/2022 | Deposition Transcript of Alana Zajdel (Westlake), excerpted | | |
| 105 | 1/21/2022 | Deposition Transcript of Ashley Berryman (Shintech), excerpted | | |
| 106 | 12/17/2021 | Deposition Transcript of Bethany Sheppard (Westlake), excerpted | | |
| 107 | 1/18/2022 | Deposition Transcript of Bryan Newman (Westlake), excerpted | | |
| 108 | 10/20/2021 | Deposition Transcript of Chris Tang (FPC, USA 30(b)(6)), excerpted | | |
| 109 | 10/21/2021 | Deposition Transcript of Christopher Chou (FPC, USA 30(b)(6)), excerpted | | |
| 110 | 2/4/2020 | Deposition Transcript of Damian Gumpel (30(b)(1) and Olin Corp. 30(b)(6)), excerpted | | |
| 111 | 9/9/2021 | Deposition Transcript of Edward Zachary Luick (Olin), excerpted | | |
| 112 | 10/6/2021 | Deposition Transcript of Erik Schoenman (Westlake), excerpted | | |
| 113 | 7/20/2021 | Deposition Transcript of Gilbert Whitlock (OxyChem), excerpted | | |
| 114 | 2/18/2022 | Deposition Transcript of Harry Thomas (Olin), excerpted | | |
| 115 | 10/7/2021 | Deposition Transcript of Heath Langford (OxyChem), excerpted | | |
| 116 | 10/26/2021 | Deposition Transcript of James Paulsen (OxyChem), excerpted | | |
| 117 | 9/22/2021 | Deposition Transcript of Jim Thomas (OxyChem), excerpted | | |
| 118 | 3/1/2022 | Deposition Transcript of Jim Varilek (Olin), excerpted | | |
| 119 | 8/17/2021 | Deposition Transcript of John Gosser (Westlake), excerpted | | |

| | | | | |
|---|---|---|---|---|
| 120 | 9/23/2021 | Deposition Transcript of Karen Anne Stegmann (OxyChem), excerpted | | |
| 121 | 12/7/2021 | Deposition Transcript of Kelvin Wu (FPC), excerpted | | |
| 122 | 12/16/2021 | Deposition Transcript of Kenny Lin (FPC), excerpted | | |
| 123 | 11/5/2021 | Deposition Transcript of Kevin Joyce (Shintech), excerpted | | |
| 124 | 12/1/2021 | Deposition Transcript of Larry Kromidas (Olin), excerpted | | |
| 125 | 1/25/2022 | Deposition Transcript of Stephen Polito (Shintech), excerpted | | |
| 126 | 2/3/2022 | Deposition Transcript of Walt Sakowicz (Westlake), excerpted | | |
| 127 | 9/29/2021 | Deposition Transcript of Wayne Gasior (Westlake), excerpted | | |
| 128 | 11/10/2021 | Deposition Transcript of Wesley Smith (Oline), excerpted | | |
| 129 | 3/6/2023 | Errata to the Deposition of Gareth Macartney, Ph.D., Vol. 3) | | |

4. Attached hereto as "**Appendix A**" is a chart containing excerpts of deposition and declaration testimony submitted with Defendants' Local Rule 56 Statement of Undisputed Material Facts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of June, 2025, at Seattle, Washington.

Ezra J. Ruiz