**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: CAUSTIC SODA ANTITRUST LITIGATION** | **Lead Case No.: 1:19-cv-00385-EAW-MJR** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **HONORABLE ELIZABETH WOLFORD** |

**DECLARATION OF J. MATTHEW SCHMITTEN**

I, J. Matthew Schmitten, make this declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an attorney at the law firm Sidley Austin LLP, and licensed to practice law in the states of Texas and Georgia as well as the District of Columbia. I am admitted to practice in the Western District of New York *pro hac vice*. I represent Defendant Olin Corporation ("Olin") and K.A. Steel Chemicals, Inc. ("K.A. Steel") in the above-captioned litigation. Therefore, I have knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Defendants' Memorandum of Law in Support of Defendants' Renewed Joint Motion to Partially Exclude Opinions and Proposed Testimony of Dr. Gareth Macartney. I submit this Declaration on behalf of Olin and K.A. Steel Chemicals and with the consent and on behalf of the other Defendants.

3. Attached are true and correct copies of the following exhibits, which are exhibits cited in Defendants' Memorandum of Law in Support of Defendants' Renewed Joint Motion to Partially Exclude Opinions and Proposed Testimony of Dr. Gareth Macartney, filed with the Court

on June 20, 2025. Each of these exhibits were previously included as part of Defendants' original motion to exclude Dr. Gareth Macartney's report (*see* Dkt. 590).

| Exhibit | Description |
|---|---|
| 1 | Declaration of Gareth Macartney in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification, dated September 26, 2022 |
| 2 | Expert Report of Dr. John Johnson, dated November 22, 2022 |
| 3 | Reply Declaration of Gareth Macartney in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification, dated January 26, 2023 |
| 4 | Excerpted Deposition of Dr. Gareth Macartney, taken on October 25, 2022 |
| 5 | Excerpted Deposition of Dr. Gareth Macartney, taken on March 6, 2023 |
| 6 | Excerpted Deposition of Daniel Green, taken on May 20, 2022 |
| 7 | Excerpted Deposition of Pamela Rexer, taken on December 14, 2021 |
| 8 | Excerpted Deposition of Benjamin Sams, taken on May 26, 2022 |
| 9 | Exhibit 17 to the May 26, 2022 deposition of Benjamin Sams bearing Bates numbers BRENN-CS-SUB-0047500 to -502 |
| 10 | Excerpted Deposition of Steven Jagielo, taken on August 4, 2022 |

4. I will serve counsel for Plaintiffs with a copy of Exhibits 1-10 by email today, on June 20, 2025.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 20, 2025

By: */s/ J. Matthew Schmitten*
J. Matthew Schmitten