**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE CAUSTIC SODA ANTITRUST LITIGATION** | **Lead Case No.: 1:19-cv-00385-EAW-MJR** |
| **THIS DOCUMENT RELATES TO:**<br><br>**INDIRECT PURCHASER ACTIONS** | |

**DECLARATION OF BARBARA J. HART IN SUPPORT OF INDIRECT PURCHASER PLAINTIFF TRIPP PLATING WORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Barbara J. Hart, Esquire, make this declaration ("Declaration") under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a principal of the law firm Grant & Eisenhofer, P.A., one of the interim Co-Lead Class Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned litigation. My firm also represents Indirect Purchaser Plaintiff Tripp Plating Works, Inc. ("Tripp" or "Plaintiff"). The matters stated herein are true based on my own knowledge and, if called to testify thereto, I could and would competently do so.

2. I am duly licensed to practice law in the State of New York, and I am admitted to practice in the United States District Court for the Western District of New York. I am familiar with and have knowledge of the facts and circumstances set forth in this Declaration, which is

being offered in support of Plaintiff's memoranda of law in opposition ("Opposition") to the separate motions for summary judgment brought jointly by Defendants and, individually, Defendant Formosa, both of which are dated June 20, 2025. This Declaration is further made in support of Plaintiff's Appendix (IPP-App.), which collects exhibits and evidence relied upon in support of Plaintiff's Opposition, and Plaintiff's responses to Defendants' statement of undisputed material facts ("IPP-Def.-SUMF"), and Plaintiff's statement of additional material facts (IPP-SAMF).

3. This Declaration, as well the Opposition, IPP-Def.-SUMF, and IPP-SAMF, incorporates by reference the final and as-revised versions[1] of:

a. Corrected Direct Purchaser Plaintiffs' Memorandum of Law in Opposition to the Motions for Summary Judgment of Defendants Olin Corporation, K.A. Steel Chemicals, Inc., Occidental Chemical Corporation, Westlake Corporation, and Formosa Plastics Corporation, U.S.A. ("DPP-Opp.");

b. Direct Purchaser Plaintiffs' Memorandum of Law in Opposition to Defendant Formosa Plastics Corporation U.S.A.'s Motion for Summary Judgment (DPP-Formosa-Opp.");

c. Direct Purchaser Plaintiffs' Local Rule 56(a)(2) Statement of Additional Material Facts in Support of their Opposition to Defendants' Motions for Summary Judgment ("DPP-SAMF");

d. Direct Purchaser Plaintiffs' Appendix to Their Responses to the Local Rule 56 Statement of Undisputed Material Facts of Defendants in Support of Their Motion for Summary Judgment And to Direct Purchaser Plaintiffs' Local Rule 56 Statement of Additional Material (Revised Feb. 21, 2025) and summaries and exhibits 1-543 attached thereto, ("DPP-PA"), including the Compendium of Testimony Offered in Opposition to Defendants' Motion for Summary Judgment, Tabs 1-71, together with Cast of Characters at 1A ("DPP-PA 1, DPP-Cpm."); and,

[1] DPPs originally submitted their documents on December 20, 2024, but subsequent revised versions were served at later dates, including December 26, 2024, January 17, 2025, January 21, 2025, and February 21, 2025.

e. The Attorney Declaration of Solomon B. Cera, which attests to the authenticity and veracity of the exhibits served in connection with the DPP-PA.

4. Exhibits numbered 1-54 (IPP-SJ-Ex.) accompanying the IPP-App. and cited in the IPP-Def.-SUMF, IPP-SAMF, or the Opposition are being served today on August 22, 2025. Plaintiff believes all of these records are authentic and is not aware of any disputes as to their authenticity. The exhibits to the IPP-App. are described in the following index ("Index") by date and bates-number(s) (if they have a date or bates number(s)) and the name of the witness who testified about the exhibit (if any)). The following exhibits are true and correct copies:

| IPP-SJ-Ex. | Description | Date |
|---|---|---|
| 01 | Invoices and Proof of Payment Documents for Tripp Plating Works, Inc. (TRIPP0000000003-23; TRIPP0000003480-86; TRIPP0000003475-76; TRIPP0000003499-507; TRIPP0000003497) (OUTSIDE COUNSEL ONLY) | Multiple |
| 02 | Transcript of Deposition of Steven Jagielo (excerpt) (OUTSIDE COUNSEL ONLY) | 8/4/2022 |
| 03 | Transcript of Deposition of William Rexer (excerpt) | 12/15/2021 |
| 04 | Amrex invoices from Olin / KA Steel (AMREX000430, AMREX000437, AMREX000532, AMREX000568, AMREX000569, AMREX000580, AMREX000612, AMREX000694, AMREX000724, AMREX000875, AMREX000918, AMREX000925, AMREX000939, AMREX001342, AMREX005174, AMREX005192, AMREX006230) (CONFIDENTIAL) | Multiple |
| 05 | Native Excel File – AMREX004801 (CONFIDENTIAL) | - |
| 06 | Deposition of Pamela Rexer, Ex. 3 (non-native version) (CONFIDENTIAL) | 10/21/2020 |
| 07 | Transcript of Deposition of Pamela Rexer (excerpt) | 12/14/2021 |
| 08 | Green Dep. Ex. 16, OCC_00614070-71 (OUTSIDE COUNSEL EYES ONLY) | 6/21/2016 |

| IPP-SJ-Ex. | Description | Date |
|---|---|---|
| 09 | Transcript of Deposition of Rene Whigham (excerpt) | 12/8/2021 |
| 10 | Transcript of Deposition of Gareth James Macartney, Ph.D. (Vol. 1) (excerpt) | 10/25/2022 |
| 11 | [redacted] (HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY MATERIAL) | 1/25/2015 |
| 12 | [redacted] | 2/19/2018 |
| 13 | [redacted] | 5/27/2016 |
| 14 | [redacted] | 2/19/2016 |
| 15 | Native Excel File - AMREX007824 (CONFIDENTIAL) | 10/11/2021 |
| 16 | Declaration of Gareth Macartney, Ph. D. in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification (HIGHLY CONFIDENTIAL) | 9/26/2022 |
| 17 | Reply Declaration of Gareth Macartney, Ph. D. in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification with Errata (HIGHLY CONFIDENTIAL) | 1/26/2023 |
| 18 | Transcript of Deposition of Gareth James Macartney, Ph.D. (Vol. 3) (excerpt) (CONFIDENTIAL – ATTORNEY'S EYES ONLY) | 3/6/2023 |
| 19 | Transcript of Deposition of John Johnson (excerpt) | 1/11/2023 |
| 20 | Email from Mihir Patel to group attaching IHS-Quarterly SD-GCR-11-20-2018.xlsx; GCRSup083.pdf (OCC_00032333-43) (excerpt) (OUTSIDE COUNSEL EYES ONLY) | 11/15/2018 |

| IPP-SJ-Ex. | Description | Date |
|---|---|---|
| 21 | Argus Media – Outlining the scope of production capacity and market drivers in the Americas, Looking for the next cycle (FPC-USA-DPP-00152993 – 3039) (CONFIDENTIAL) | 5/22/2019 |
| 22 | [redacted] | 8/4/2022 |
| 23 | [redacted] | 5/26/2022 |
| 24 | IHS Markit, Chlor-Alkali Methodology (IHSM000001 – 13) (CONFIDENTIAL) | 10/2019 |
| 25 | [redacted] | 11/24/2015 |
| 26 | Transcript of Deposition of Hazel Kreuz (excerpt) (OUTSIDE COUNSEL ONLY) | 2/16/2022 |
| 27 | Transcript of Deposition of Michael S. Dye (excerpt) | 12/16/2021 |
| 28 | [redacted] | 5/31/2019 |
| 29 | [redacted] | 11/20/2015 |
| 30 | [redacted] | 8/19/2015 |
| 31 | [redacted] | 5/23/2018 |
| 32 | [redacted] | 5/11/2017 |
| 33 | [redacted] | 11/14/2016 |

| IPP-SJ-Ex. | Description | Date |
|---|---|---|
| 34 | [redacted] | undated |
| 35 | [redacted] | 8/19/2015 |
| 36 | [redacted] | 6/18/2018 |
| 37 | [redacted] | 5/9/2016 |
| 38 | [redacted] | 3/28/2016 |
| 39 | [redacted] | 8/1/2016 |
| 40 | Email from Dan Green to Kevin Joyce re: Jan Price – 4K- Navig8 Guide (ST0000225890-92) (OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER) | 12/17/2019 |
| 41 | Email from MHurley to Kenny Lin re: September 2016 Caustic Soda Pricing – Old World Industries, FPC-USA-DPP-0021716-17 (CONFIDENTIAL) | 9/1/2016 |
| 42 | Hillsley Dep. Ex. 2921, OCC_00305205-06 (OUTSIDE COUNSEL EYES ONLY) | 1/31/2018 |
| 43 | Email from Tim Hillsley to Dan Green re: Innophos - MX (OCC_00305921-22) (HIGHLY CONFIDENTIAL) | 1/23/2018 |
| 44 | Email from Tom Clancy to Ignacio Torras, et al, re: Shintech Bought Some Westlake Cars Through Tricon (WL 0001799936-40) (OUTSIDE COUNSEL EYES ONLY) | 5/3/2019 |
| 45 | Olin Price Increase Letters, PX 1096 (OLN000065987- 66006) (OUTSIDE COUNSEL EYES ONLY) | 8/2015 – 2/2019 |

| IPP-SJ-Ex. | Description | Date |
|---|---|---|
| 46 | Transcript of Deposition of Daniel Green (excerpt)<br>(OUTSIDE COUNSEL ONLY) | 5/20/2022 |
| 47 | Transcript of Deposition of Gareth James Macartney, Ph.D.<br>(Vol. 2) (excerpt) | 10/26/2022 |
| 48 | Email from Noel Irizarry to group with attachment, re: CA&D September BMT Meeting – Monday Sept 17, 2018<br>(WL 0000485282-83, WL0000485349, -53)<br>(OUTSIDE COUNSEL EYES ONLY) | 9/18/2018 |
| 49 | Email from Robert Paterson to Anthony Cottone re: Investor Chemicals Questions, attaching OxyChem 101.pptx<br>(OCC-00460345-71) (OUTSIDE COUNSEL EYES ONLY) | 3/17/2016 |
| 50 | Cover email from Bill Doherty to Tim Mann and Gary Denning attaching Axiall Strategy Presentation (WL_0000478179-8258)<br>(OUTSIDE COUNSEL EYES ONLY) | 6/23/2016 |
| 51 | Forwarded Email re: Supply Chain Strategy Meeting<br>(OCC_00017034–36) (OUTSIDE COUNSEL EYES ONLY) | 8/13/2015 |
| 52 | Email from Stephanie Brooks to Rick Irizarry re: Sunbelt Unloading Plan 2015 – 102815 (OCC_00025073-74)<br>(HIGHLY CONFIDENTIAL) | 10/29/2015 |
| 53 | Email from Stephanie Brooks to Rick Irizarry re: Sunbelt 2016 question (OCC_00016348-49) (HIGHLY CONFIDENTIAL) | 9/18/2015 |
| 54 | Email from Tim Hillsley to B.J. Hebert re: IHS Contract Liquid Index Range – May 2016 (OCC_00266034)<br>(OUTSIDE COUNSEL EYES ONLY) | 6/2/2016 |

5. As described in the Index, certain exhibits bear a bates-numbered prefix and were designated as “Confidential,” “Highly Confidential,” or “Outside Counsel Eyes Only” pursuant to the operative Protective Order (Dkt. 184).

| Bates-Numbered Prefix | Producing Entity |
|---|---|
| TRIPP- | Indirect Purchaser Plaintiff Tripp Plating Works, Inc. |
| AMREX- | Direct Purchaser Plaintiff Amrex Chemical Co., Inc. |
| OCC- | Defendant Occidental Chemical Company |
| OLN- | Defendant Olin Corporation |
| WL- | Defendant Westlake Corporation |
| FPC-USA-DPP- | Defendant Formosa Plastics Corporation U.S.A. |
| IHSM- | Non-Party IHS Markit |
| UNIV-CS- | Non-Party Distributor Univar |
| BRENN-CS- | Non-Party Distributor Brenntag |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2025 at New York, NY.

Barbara J. Hart
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8526
bhart@gelaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Barbara J. Hart, certify that on August 22, 2025, I caused the foregoing document(s) to be served upon counsel of record via electronic mail.

*<u>/s/ Barbara J. Hart</u>*

Barbara J. Hart
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8526
bhart@gelaw.com