**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE CAUSTIC SODA ANTITRUST LITIGATION** | **Lead Case No.: 1:19-cv-00385-EAW-MJR** |
| **THIS DOCUMENT RELATES TO: INDIRECT PURCHASER ACTION** | |

# DECLARATION OF BARBARA J. HART IN SUPPORT OF TRIPP PLATING WORKS, INC.'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO EXCLUDE CERTAIN OPINIONS AND PROPOSED TESTIMONY OF DR. GARETH MACARTNEY, PH.D.

1. I, Barbara J. Hart, Esquire, make this declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746:

2. I am a principal at the law firm Grant & Eisenhofer, P.A., one of the law firms representing Tripp Plating in the above-captioned litigation. I am duly licensed to practice law in the State of New York, and I am admitted to practice in the United States District Court for the Western District of New York. I am familiar with and have knowledge of the facts and circumstances set forth in this declaration, which is being offered in support of Tripp Plating's opposition to Formosa Plastic Corporation U.S.A.'s motion to partially exclude opinions of Dr. Gareth Macartney, which is being submitted contemporaneously with this declaration.

3. Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1 | Declaration of Gareth Macartney, Ph.D., in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification, dated September 26, 2022 |
| Exhibit 2 | Reply Declaration of Gareth Macartney, Ph.D., in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification, dated January 26, 2023 |
| Exhibit 3 | Transcript Excerpts of March 6, 2023 Deposition of Gareth Macartney |
| Exhibit 4 | Transcript Excerpts of October 25, 2022 Deposition of Gareth Macartney |
| Exhibit 5 | Transcript Excerpts of October 26, 2022 Deposition of Gareth Macartney |

| | |
|---|---|
| Exhibit 6 | Expert Report of John Johnson (IPP), dated November 28, 2022 |
| Exhibit 7 | Expert Report of John Johnson (DPP), dated June 27, 2022 |
| Exhibit 8 | [redacted] |
| Exhibit 9 | Transcript Excerpts of August 4, 2022 Deposition of Steven Jagielo |
| Exhibit 10 | AMREX004801 |
| Exhibit 11 | [redacted] |
| Exhibit 12 | [redacted] |
| Exhibit 13 | Transcript Excerpts of September 23, 2022 Deposition of Russel Lamb |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2025 at New York, NY

Barbara Hart

Barbara J. Hart
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8526
bhart@gelaw.com

**CERTIFICATE OF SERVICE**

I, Barbara J. Hart, do hereby certify that on August 22, 2025, I caused a true and correct copy of the foregoing to be served upon all counsel of record via electronic mail.

*/s/ Barbara J. Hart*
Barbara J. Hart